1    Eric Honig (CSBN 140765)
      LAW OFFICE OF ERIC HONIG
2    A Professional Law Corporation
      P.O. Box 10327
3    Marina del Rey, CA 90295
      erichonig@aol.com
4    Telephone:  (310) 699-8051
      Fax:  (310) 943-2220
5
      RICHARD M. BARNETT (CSBN 65132)
6    A Professional Law Corporation
      105 West F Street, 4th Floor
7    San Diego, CA 92101
      richardmbarnett@gmail.com
8    Telephone: (6l9) 231-1182
      Facsimile: (619) 233-3221
9
      Michael S. Chernis  (CSBN 259319)
10    CHERNIS LAW GROUP P.C.
      Santa Monica Water Garden
11    2425 Olympic Blvd.
      Suite 4000-W
12    Santa Monica, CA 90404
      Michael@chernislaw.com
13    Tel:  (310) 566-4388
      Fax: (310) 382-2541
14
      ERIC D. SHEVIN (CSBN 160103)
15    Shevin Law Group
      15260 Ventura Boulevard, Suite 1400
16    Sherman Oaks, California  91403
      eric@shevinlaw.com
17    tel. 818-784-2700
      fax 818-784-2411
18
      PAUL L. GABBERT (CSBN 74430)
19    2530 Wilshire Boulevard
      Second Floor
20    Santa Monica, CA 90403
      plgabbert@aol.com
21    Telephone: 424 272-9575
      Facsimile: 310 829-2148
22
      Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>        Defendants. | No.<br><br>CERTIFICATE OF INTERESTED PARTIES |

      The undersigned counsel of record for Plaintiff Does 1-6 hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: Plaintiffs Does 1-6; putative class members; Federal Bureau of Investigation; U.S. Postal Inspection Service.

Dated: April 15, 2021        Respectfully submitted,

                                  LAW OFFICE OF ERIC HONIG
                                A Professional Law Corporation

                                RICHARD M. BARNETT

                                ERIC D. SHEVIN

                                CHERNIS LAW GROUP P.C.

                                PAUL L. GABBERT

                                /s/
                                _____
                                ERIC HONIG
                                Attorneys for Plaintiffs and the Class