1 | Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
2 | A Professional Law Corporation
P.O. Box 10327
3 | Marina del Rey, CA 90295
erichonig@aol.com
4 | Telephone: (310) 699-8051
Fax: (310) 943-2220

5

6 | RICHARD M. BARNETT (CSBN 65132)
A Professional Law Corporation
7 | 105 West F Street, 4th Floor
San Diego, CA 92101
8 | richardmbarnett@gmail.com
Telephone: (6l9) 231-1182
  | Facsimile: (619) 233-3221

9

10 | Michael S. Chernis (CSBN 259319)
CHERNIS LAW GROUP P.C.
11 | Santa Monica Water Garden
2425 Olympic Blvd.
   | Suite 4000-W
12 | Santa Monica, CA 90404
Michael@chernislaw.com
13 | Tel: (310) 566-4388
Fax: (310) 382-2541

14

15 | ERIC D. SHEVIN (CSBN 160103)
Shevin Law Group
16 | 15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
17 | eric@shevinlaw.com
tel. 818-784-2700
   | fax 818-784-2411

18

19 | PAUL L. GABBERT (CSBN 74430)
2530 Wilshire Boulevard
   | Second Floor
20 | Santa Monica, CA 90403
plgabbert@aol.com
21 | Telephone: 424 272-9575
Facsimile: 310 829-2148

22

23 | Attorneys for Plaintiffs Does 1-6

24

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated, | ) ) ) | No. |
| Plaintiffs, | ) ) | NOTICE OF RELATED CASES |
| v. | ) ) | |
| UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

This class action case is related to the case pending in this district entitled, *United States of America v. U.S. Private Vaults, Inc.*, Case No. 2:21-cr-00106, filed on March 9, 2021, and assigned to United States District Judge Mark C. Scarsi . The cases are related pursuant to Local Rule 83-1.3.2, in that this case involves putative civil forfeiture cases that are related to the execution of the search warrant and seizures in the criminal case. Both cases (a) arise from the same or closely related transactions, happenings and events, and (b) call for determination of the same or substantially related or similar questions of law and fact, such as the constitutionality of the search(es), and would entail substantial duplication of effort if heard by different judges.

Specifically, the U.S. government executed a search warrant at a private safe deposit box facility called US Private Vaults, an entity named as the defendant in the related criminal case. During the search, in addition to seizing the property of the criminal defendant, the government searched over 600 individual boxes of persons who are not named as defendants, and seized the contents of these other boxes for the purpose of instituting civil forfeiture proceedings.

While the searches of the Plaintiffs' USPV safe deposit boxes and seizures of their property were being executed, box holders were told by law enforcement officers that if they fill out a claim form on www.forms.fbi.gov/uspvclaims, then the

FBI within 30-60 days will send those box holders notices of seizure for the initiation of federal civil administrative forfeiture proceedings.

Accordingly, all ensuing civil forfeiture actions resulting from the searches and seizures of their safe deposit boxes will arise from the same transaction, happening and event (the searches), and will call for determination of substantially related questions of law and fact (a Fourth Amendment violation), and therefore will be closely and directly related to the above criminal case.

Dated: April 15, 2021    Respectfully submitted,

LAW OFFICE OF ERIC HONIG
A Professional Law Corporation

RICHARD M. BARNETT

ERIC D. SHEVIN

CHERNIS LAW GROUP P.C.

PAUL L. GABBERT

/s/
_____
ERIC HONIG
Attorneys for Plaintiffs and the Class