EXHIBIT A

Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff John Doe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)<br><br>        Defendants. | CASE NO. 2:21-cv-02803<br><br>**DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>*[Filed Concurrently with Notice of Ex Parte Application and Ex Parte Application; Memorandum of Points and Authorities; Declaration of Benjamin N. Gluck; and Proposed Order]* |

**DECLARATION OF ARIEL A. NEUMAN**

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff John Doe in this action. I make this declaration in support of Plaintiff's Application for Temporary Restraining Order. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I am informed that Plaintiff John Doe rents safe deposit boxes from U.S. Private Vaults ("USPV"), located at 9182 West Olympic Blvd. in Beverly Hills, California. Plaintiff stores personal property, namely valuables, in the safe deposit boxes.

3. On March 22, 2021, I became aware that agents of the United States Government had executed a warrant at USPV. On March 24, I learned that Assistant United States Attorney Andrew Brown might be the AUSA assigned to the USPV matter.

4. I called AUSA Brown that same day, March 24, 2021, in an attempt to determine whether any of Plaintiff's boxes had been searched and/or Plaintiff's property stored in those boxes had been seized, and if either event had occurred, to obtain a copy of the warrant authorizing the search and/or seizure. During the call, Mr. Brown stated the following:

 a. The Government is seizing all safe deposit boxes at the site;

 b. The Government will inspect and index the contents of each box, and, among other things, intends to use that information to try to identify each box's owner(s);

 c. Explaining that the government does not have a search warrant for the contents of each box, AUSA Brown gave the example that if a box contained

a notebook or digital thumb drive, the government would not look inside either but would read the cover of the notebook;

   d. A search and seizure warrant was served on the owners or management of USPV (although AUSA Brown refused to disclose the names of the people served or their legal counsel);

   e. The Government would not provide the search and seizure warrant to me as counsel for a holder of a USPV safe deposit box unless and until the holder identifies himself or herself;

   f. If a deposit box holder identifies himself or herself, the Government will commence a criminal investigation into the holder, including but not limited to determining whether he or she came by the contents in his or her safe deposit box(es) legally; and

   g. The Government assumes that all or almost all holders of all safe deposit boxes at USPV are engaged in some illegal activity.

 5. I confirmed the substance of my call with AUSA Brown and continued communicating with him on this matter via email on March 24, 2021. A true and correct copy of the complete email chain with AUSA Brown is attached as **Exhibit A**.

 6. Because AUSA Brown has stated the Government's intention to initiate a criminal investigation against Plaintiff, once he identifies himself in order to claim the property he stored at USPV, Plaintiff has chosen to bring this action to recover his property pseudonymously.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 31, 2021, at Los Angeles, California.

                 Ariel A. Neuman