1  Eric Honig (CSBN 140765)
   LAW OFFICE OF ERIC HONIG
2  A Professional Law Corporation
   P.O. Box 10327
3  Marina del Rey, CA 90295
   erichonig@aol.com
4  Telephone:  (310) 699-8051
   Fax:  (310) 943-2220
5

6  RICHARD M. BARNETT (CSBN 65132)
   A Professional Law Corporation
7  105 West F Street, 4th Floor
   San Diego, CA 92101
8  richardmbarnett@gmail.com
   Telephone: (619) 231-1182
9  Facsimile: (619) 233-3221

10 Michael S. Chernis  (CSBN 259319)
   CHERNIS LAW GROUP P.C.
11 Santa Monica Water Garden
   2425 Olympic Blvd.
12 Suite 4000-W
   Santa Monica, CA 90404
13 Michael@chernislaw.com
   Tel:  (310) 566-4388
14 Fax: (310) 382-2541

15 ERIC D. SHEVIN (CSBN 160103)
   Shevin Law Group
16 15260 Ventura Boulevard, Suite 1400
   Sherman Oaks, California  91403
17 eric@shevinlaw.com
   tel. 818-784-2700
18 fax 818-784-2411

19 PAUL L. GABBERT (CSBN 74430)
   2530 Wilshire Boulevard
20 Second Floor
   Santa Monica, CA 90403
21 plgabbert@aol.com
   Telephone: 424 272-9575
22 Facsimile: 310 829-2148

23

24 Attorneys for Plaintiffs John Does 1-4

25

26

27

28

- 1 -

DECLARATION OF DOE 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE 1, ET AL, on behalf of their self and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, and<br>MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>　　　　　　Defendants. | No.<br><br>**DECLARATION OF DOE 1 IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, DOE 1, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action.

3. This declaration is in support of Plaintiffs' application for a temporary restraining order relating to the relief sought in the Class Action Complaint filed in this action.

4. I rent safe deposit box #5006 and #4105 at US Private Vaults ("USPV") through my designee, John Doe 2. He was provided a key to my personal box #5006 and #4105 on my behalf. Together, we maintain and have maintained exclusive control over these boxes and the property held in them before, during and since March 22-26, 2021.

5. I store and have stored valuable personal property, including currency and gold, belonging to me, in this USPV box, none of which is contraband. I have never defaulted on the box lease payments.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2021 in the County of Los Angeles, California.

DATED: 04/14/2021           *John Doe 1*
                            JOHN DOE 1