Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

RICHARD M. BARNETT (CSBN 65132)
A Professional Law Corporation
105 West F Street, 4th Floor
San Diego, CA 92101
richardmbarnett@gmail.com
Telephone: (6l9) 231-1182
Facsimile: (619) 233-3221

Michael S. Chernis  (CSBN 259319)
CHERNIS LAW GROUP P.C.
Santa Monica Water Garden
2425 Olympic Blvd.
Suite 4000-W
Santa Monica, CA 90404
Michael@chernislaw.com
Tel:  (310) 566-4388
Fax: (310) 382-2541

ERIC D. SHEVIN (CSBN 160103)
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California  91403
eric@shevinlaw.com
tel. 818-784-2700
fax 818-784-2411

PAUL L. GABBERT (CSBN 74430)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
plgabbert@aol.com
Telephone: 424 272-9575
Facsimile: 310 829-2148

Attorneys for Plaintiffs John Does 1-4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE 1, ET AL, on behalf of their self and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and<br>MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>    Defendants. | No.<br><br>**DECLARATION OF DOE 2 IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

  I, DOE 2, state and declare as follows:

  1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

  2. I am a Plaintiff Class Representative in this action.

  3. This declaration is in support of Plaintiffs' application for a temporary restraining order relating to the relief sought in the Class Action Complaint filed in this action.

  4. I rent safe deposit box #5006 and #4105 at US Private Vaults ("USPV") on behalf of John Doe 1. I was provided a key to these boxes. Together, we maintain and have maintained exclusive control over these boxes and the property held in it before, during and since March 22-26, 2021.

5. I store and have stored valuable personal property, including currency and gold, belonging to John Doe 1, in this USPV box, none of which is contraband. I have never defaulted on the box lease payments.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2021 in the County of Los Angeles, California.

DATED: 04-14-21

*/s/ John Doe 2*
JOHN DOE 2