# DECLARATION OF DOE #3 IN SUPPORT OF
# APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, DOE #3, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action, DOE 1, et al, v. United States of America.

3. This declaration is in support of Plaintiffs' application for a temporary restraining relating to the relief sought in the Class Action Complaint filed in this action.

4. I rent safe deposit box #6710 at US Private Vaults ("USPV"), was provided a key to my personal box, and maintain and have maintained exclusive control over this box and the property held in the box since in and before March 22-26, 2021.

5. I store and have stored United States currency, gold and jewelry in this USPV box, none of which is contraband. I have never defaulted on the box lease payments.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2021 in the County of Los Angeles, California.

DATED: 4/15/2021

_____
JOHN DOE #3

DocuSigned by: John Doe
2B5565B15EB34D9...