Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

RICHARD M. BARNETT (CSBN 65132)
A Professional Law Corporation
105 West F Street, 4th Floor
San Diego, CA 92101
richardmbarnett@gmail.com
Telephone: (6l9) 231-1182
Facsimile: (619) 233-3221

Michael S. Chernis (CSBN 259319)
CHERNIS LAW GROUP P.C.
Santa Monica Water Garden
2425 Olympic Blvd.
Suite 4000-W
Santa Monica, CA 90404
Michael@chernislaw.com
Tel: (310) 566-4388
Fax: (310) 382-2541

ERIC D. SHEVIN (CSBN 160103)
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
eric@shevinlaw.com
tel. 818-784-2700
fax 818-784-2411

PAUL L. GABBERT (CSBN 74430)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
plgabbert@aol.com
Telephone: 424 272-9575
Facsimile: 310 829-2148

Attorneys for Plaintiffs John Does 1-4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>    Defendants. | No.<br><br>**PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

Considering the Plaintiff's application for a temporary restraining order,

IT IS HEREBY ORDERED:

1. The government shall provide their counsel with a copy of the search warrant executed at US Private Vaults ("USPV") and all inventories of the personal property found in the USPV safe deposit boxes, forthwith;

2. The government is enjoined from instigating or continuing further investigation of the class members' boxes or the property within the USPV boxes, or using in any investigation any information it gained from inspecting the contents of the boxes unless and until the Court makes a final determinations as to the constitutional grounds for the search of the class members' USPV boxes;

3. The government is enjoined from informing individuals that they must provide information to the government as a condition to claiming return of their property;

4. The government shall allow class members to file claims (including administrative and/or civil judicial forfeiture claims) to their personal property using a pseudonym;

[OR]

5. The Court will issue an order appointing a special master to administer the claims of class members seeking return of their property and/or allow class members to

2

file their claims and other court documents under seal;

6. The deadlines for class member box holders to file claims in administrative and judicial forfeiture proceedings instituted by the government against the class members' personal property pursuant to 18 U.S.C. §983 is hereby extended [OR] temporarily suspended pending the Court's determinations as to whether the searches of their boxes and seizures of their property violated the Fourth and/or Fifth Amendment;

7. Discovery in any judicial forfeiture proceedings instituted by the government against the class members' personal property pursuant to 18 U.S.C. §983 is hereby stayed pending the Court's determinations as to whether the searches of their boxes and seizures of their property violated the Fourth Amendment;

8. Defendants are hereby enjoined from destroying and/or disposing of the safe deposit box nests and individual safe deposit boxes, so as to allow class members to access the boxes using the box holders' keys issued by USPV, to assist in establishing their ownership of the personal property therein;

9. Defendants are hereby enjoined from disposing of and depositing into a financial institution any currency seized from the boxes, so that Plaintiffs and class members can first have the currency scientifically tested;

10. That this TRO is effective immediately upon issuance;

11. Defendants are ordered to show cause before this Court on _____, 2021 at _____ why a injunction should not issue preliminarily enjoining it as specified above; and

12. Defendants shall file status reports regarding compliance with this order each Monday until the hearing on the Order to Show Cause why preliminary injunction should not issue.

DATED: _____

UNITED STATES DISTRICT JUDGE

3