```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail: Andrew.Brown@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA,
and MERRICK GARLAND, in
his official Capacity as
United States Attorney General
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>　　　　Defendants. | Case No. 2:21-cv-03254<br><br>DEFENDANTS' OPPOSITION PURSUANT TO LOCAL RULE 83-1.3.3 TO PLAINTIFFS' NOTICE OF RELATED CASE<br><br>[FILED CONTEMPORANEOUSLY WITH DEFENDANTS' NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1] |

　　　PLEASE TAKE NOTICE that defendants United States of America and Merrick Garland, in his official capacity as United States Attorney General (collectively, the "Defendants") hereby file this Opposition pursuant to Local Rule 83-1.3.3 to Plaintiffs' Notice of Related Case as follows:

Plaintiffs in the instant class action lawsuit have filed a notice of related case, pursuant to Local Rule 83-1.3.2, asserting that the instant case is related to the previously filed criminal case entitled <u>United States v. U.S. Private Vaults, Inc.</u>, Case No. 2:21-cr-00106, arguing that the cases arise from the same or closely related events and call for the determination of similar questions of fact and law.  However, the provision relied upon by plaintiffs, Local Rule 83-1.3.2, is inapplicable, as that Local Rule is titled "Notice of Related <u>Civil</u> Forfeiture and Criminal Cases."  <u>U.S. Private Vaults, Inc.</u> is a criminal, not a civil case (forfeiture or otherwise) and, accordingly, Local Rule 83-1.3.2 is inapplicable.

Dated: April 15, 2021                    Respectfully submitted,

                                         TRACY L. WILKISON
                                         Acting United States Attorney

                                         BRANDON D. FOX
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                         _____/s/_____
                                         ANDREW BROWN
                                         Assistant United States Attorney
                                         Major Frauds Section

                                         Attorneys for Defendants
                                         UNITED STATES OF AMERICA,
                                         and MERRICK GARLAND, in
                                         his official Capacity as
                                         United States Attorney General