TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail: Andrew.Brown@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA,
and MERRICK GARLAND, in
his official Capacity as
United States Attorney General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>        Defendants. | Case No. 2:21-cv-03254<br><br>DEFENDANTS' NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1<br><br>[FILED CONTEMPORANEOUSLY WITH DEFENDANTS' OPPOSITION PURSUANT TO LOCAL RULE 83-1.3.3 TO PLAINTIFFS' NOTICE OF RELATED CASES] |

     PLEASE TAKE NOTICE that defendants United States of America and Merrick Garland, in his official capacity as United States Attorney General (collectively, the "Defendants") hereby file this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

1    The instant class lawsuit filed by DOES 1-6, on behalf of

2  themselves and all others similarly situated, against the

3  Defendants is related to five previously filed civil cases

4  pending in this district before United States District Judge

5  Gary R. Klausner:  John Doe v. United States of America, et al.,

6  Case No. 2:21-cv-02803-RGK-MAR, Richard Roe v. United States of

7  America, et al., Case No. 2:21-cv-02919-RGK-MAR, James Poe v.

8  United States of America, et al., Case No. 2:21-cv-02900-RGK-

9  MAR, Michael Moe v. United States of America, et al., Case No.

10  2:21-cv-02990-RGK-MAR and Charles Coe v. United States of

11  America, et al., Case No. 2:21-cv-03019-RGK-MAR.  The latter

12  four above-referenced cases have been related to the first-filed

13  civil case John Doe v. United States of America, et al., Case

14  No. 2:21-cv-02803-RGK-MAR (i.e., the "Previously-Filed Doe

15  Litigation").  The instant case ("the Current Doe Litigation")

16  and the Previously Filed Doe Litigation are related because they

17  (a) arise from the same or a closely related transaction,

18  happening or event (Local Rule 83-1.3.1(a)); (b) call for

19  determination of the same or substantially related or similar

20  questions of law and fact (Local Rule 83-1.3.1(b)); or (c) for

21  other reasons would entail substantial duplication of labor if

22  heard by different judges (Local Rule 83-1.3.1(c)).

23    The Previously-Filed Doe Litigation was filed March 31,

24  2021 and, like the instant Current Doe Litigation, was filed by

25  a fictitious plaintiff, challenges the United States' March 2021

26  execution of a search warrant at US Private Vaults, 9182 West

27  Olympic Boulevard in Beverly Hills and seeks injunctive relief.

28  See e.g., Docket No. 1 in Current Doe Litigation (complaint) at

¶¶ 9-11 and 22-34 and prayer for relief and Docket No. 1 in Previously-Filed Doe Litigation (complaint) at ¶¶ 5, and 9-16 and prayer for relief).  In addition, the Previously-Filed Doe Litigation plaintiff sought a temporary restraining order and order to show cause re preliminary injunction on essentially the same grounds sought in the instant Current Doe Litigation.  More specifically, plaintiffs in both cases request a copy of the search warrant, to enjoin Defendants from inspecting the safe deposit boxes and to enjoin Defendants from requiring any box holder to identify themselves in order to claim possession of their boxes.  Compare Docket No. 7-3 in Previously-Filed Doe Litigation ([proposed] order to show cause re preliminary injunction and temporary restraining order) at 3:4-22 with Docket No. 6-8 in instant Current Doe Litigation (proposed order granting temporary restraining order) at 2:9-24.  Further, the Court (the Honorable R. Gary Klausner) denied the Doe plaintiff's request for a temporary restraining order in the Previously-Filed Doe Litigation on April 6, 2021.  Docket No. 17 in Previously-Filed Doe Litigation.  Accordingly, the instant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Current Doe Litigation is related to the Previously Filed Doe

2  Litigation because the conditions of Local Rule 83-1.3.1(a), (b)

3  or (c) are met.[1]

4  Dated: April 15, 2021          Respectfully submitted,

5                                  TRACY L. WILKISON
                                   Acting United States Attorney
6
                                   BRANDON D. FOX
7                                  Assistant United States Attorney
                                   Chief, Criminal Division
8

9
                                   _____/s/_____
10                                 ANDREW BROWN
                                   Assistant United States Attorney
11                                 Major Frauds Section

12                                 Attorneys for Defendants
                                   UNITED STATES OF AMERICA,
13                                 and MERRICK GARLAND, in
                                   his official Capacity as
14                                 United States Attorney General

15

16

17

18

19

20

21

22

23

24

25  _____

26      [1] In addition, Defendants note that they have filed,
    contemporaneously herewith, an opposition to plaintiffs' Notice
27  of Related Cases, whereby plaintiffs assert that the Current Doe
    Litigation is related to a criminal case, United States v. U.S.
28  Private Vaults, Inc., Case No. 2:21-cr-00106.

4