# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Does 1 et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-03254 CBM(SKx) |
| v. | |
| United States of America et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

| April 16, 2021 | Mark C. Scarsi *(signed)* |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:21-cr-00106 MCS__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __NA__ to Magistrate Judge __NA__.

On all documents subsequently filed in this case, please substitute the initials __MCS__ after the case number in place of the initials of the prior judge, so that the case number will read __2:21-cv-03254 MCS(SKx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*

CV-34 (03/21)     **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)**