## SUPPLEMENTAL DECLARATION OF DOE #6 IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, DOE #6, state and declare as follows:

1.    I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2.    I am a Plaintiff Class Representative in this action, DOE 1, et al, v. United States of America.

3.    This supplemental declaration is in support of Plaintiffs' application for a temporary restraining order relating to the relief sought in the Class Action Complaint filed in this action.

4.    On occasion, while arriving at US Private Vaults ("USPV"), I had forgotten my box number. On these occasions, the USPV representative would instruct me to provide my palm print along with a scan of my eye, which allowed the USPV representative to identify my box number through the USPV database. The USPV representative would then provide me with my box number so that I was able to use my key to access the contents of my safe deposit box.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2021 in the County of Los Angeles, California.

DATED: 04/17/2021                     *John Doe*
                                                        JOHN DOE #6