| | |
|---|---|
| Eric Honig (CSBN 140765)<br>Law Office of Eric Honig<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051 | Eric D. Shevin (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California  91403<br>eric@shevinlaw.com<br>Telephone: 818-784-2700 |
| Richard M. Barnett (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182 | Paul L. Gabbert (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575 |
| Michael S. Chernis  (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd., Ste 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Telephone:  (310) 566-4388 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433<br><br>Attorneys for Plaintiffs Does 1-6 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>Defendants. | Case No.: 21-cv-03254-RGK-MAR<br><br>Plaintiffs' supplemental memorandum in support of their application for a TRO based on newly produced evidence. |

Today, April 20, 2021, at 2:52 p.m., the government produced the following documents to plaintiffs, which are attached as the appendix to this filing:

1. The seizure warrant (without the accompanying application or affidavit);

2. One paragraph of the warrant application; and

3. An order unsealing the warrant and the one paragraph of the warrant application.

These documents confirm plaintiffs' allegations and demonstrate an overwhelming need for the TRO.

The USPV warrant, by its plain terms, allowed the government only to seize "[t]he nests of safety deposit boxes and keys." APP:3. It further provided: "**This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes**." APP:3 (emphasis added). To this end, the warrant application stated: "The warrants authorize the seizure of the nests of the boxes themselves, not their contents." APP:4 (emphasis in original).

While the warrant also permitted a limited inventory of the boxes, that was intended to protect the box owners, not to subject them to criminal or civil liability. APP:4-5. Thus, the warrant application assured the issuing Magistrate Judge that, "[i]n order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner." APP:5. But there would be no search of

the contents because: "The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents 'inspect the property **as necessary to identify the owner** and preserve the property for safekeeping.' The inspection '**should extend no further than necessary to determine ownership**.'" APP:5 n.40 (emphasis added).

Thus, in sum, the warrant expressly precluded any "criminal search or seizure of the contents of the safety deposit boxes." APP:3. And it allowed an inventory *only* "as necessary to determine ownership." APP:5 n. 40.

The government, however, did the opposite. The government used drug dogs in an effort to detect narcotics on the currency it found – plainly part of a criminal search. Additionally, the government unpackaged the box contents and counted all of the money, which was not "necessary to determine ownership." APP:5 n.40.

Moreover, and more fundamentally, the government has in fact seized and searched the *entire contents* of the boxes, which, as noted, the warrant expressly prohibits, and case law precludes. *See United States v. Wright*, 667 F. 2d 793, (9th Cir. 1982) ("An officer cannot inspect or examine every item that falls within his vision while executing a valid search warrant without contravening the constitutional prohibition against 'exploratory rummaging.' Upholding such unrestrained searches would emasculate the protection afforded by the warrant requirement. officers, armed with a warrant to search for one item could turn their

searches into scavenger hunts for other items, for which the officers would not have established probable cause to search."); *Arizona v. Hicks*, 480 US 321, 326 (1987) (probable cause is required is invoke the plain-view doctrine)

Adding to these concerns, after the search, the government then announced its intention – contrary to what it represented to the issuing judge – to investigate criminally all box owners who identify themselves. ECF No. 16 at 16. Thus, the only way to protect Plaintiffs' continuing Fourth and Fifth Amendment rights is to allow this class action to go forward anonymously, and to appoint a special master to handle the claims of the box owners. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (pseudonyms are allowed when the anonymous party "risk[s] criminal prosecution"); *Simmons v. United States*, 390 U.S. 377, 394 (1968) ("we find it intolerable that one constitutional right should have to be surrendered in order to assert another.").

The USPV warrant contemplated that the government would only take temporary custody of the contents of plaintiffs' boxes until such time as it could be returned. Nothing more. That is precisely what the TRO seeks to facilitate - return of the box contents. The government does not need to know the identity of the Doe Plaintiffs to achieve this goal. As previously set forth in the Reply, the biometric information maintained by USPV and the keys given by USPV to the Doe Plaintiffs is sufficient to demonstrate ownership. The Seizure Warrant inventory reflects that

the Government took possession of such biometric devices such that they can be used to identify box-owners without the need for additional identifying information.

Indeed, the government has tacitly admitted there is no need for it to learn the box-owner identities in order to return their property, because the existing biometric system can accomplish that goal by confirming that the person who claims to be the box owner is in fact the box owner. ECF Nos. 16 at 14; 17 at 7:13-8-16.2.[1]  Accordingly, plaintiffs respectfully request the Court grant their application for a TRO.

April 20, 2021                                         Respectfully submitted,

                                                       *s/ Eric Honig*
                                                       Eric Honig
                                                       Devin Burstein

---

[1] The biometric system uses the person's biometric information to identify his or her box number.

# APPENDIX

Case 2:21-mj-01307-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 03/17/21   Page 1 of 3   Page ID #:110

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Certain business equipment located at
U.S. Private Vaults, Inc.,
9182 West Olympic Blvd.,
Beverly Hills, CA 90212

**SEIZURE WARRANT**

**CASE NUMBER:** 2:21-MJ-01307

TO: any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Lynne Zellhart who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely, the business equipment described in the attachment,

**which are** subject to seizure and forfeiture pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(f) and 31 U.S.C. § 5317(c).

**concerning violations of** 18 U.S.C. § 1956, 21 U.S.C. § 841, and 31 U.S.C. § 5324, and conspiracy to commit the same.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

_____
**Date and Time Issued**

at   Los Angeles, California
_____

Honorable Steve Kim, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

1

Case 2:21-mj-01307-DUTY *SEALED* Document 1-1 *SEALED* Filed 03/17/21 Page 2 of 3
Page ID #:111

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/17/2021 | 3/22/2021 - 7:59 AM | AT THE BUSINESS |

INVENTORY MADE IN THE PRESENCE OF  SA Lynne K. Zellhart

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/ power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021

*Executing officer's signature*

SA Lynne K. Zellhart
*Printed name and title*

2

### ATTACHMENT—USPV SEIZURE WARRANT

**ITEMS TO BE SEIZED**

The items to be seized are the following pieces of business equipment located at U.S. PRIVATE VAULTS, INC., 9182 WEST OLYMPIC BLVD., BEVERLY HILLS, CA 90212:

a. The business computers;

b. The money counters;

c. The nests of safety deposit boxes and keys. This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes. In seizing the nests of safety deposit boxes, agents shall follow their written inventory policies to protect their agencies and the contents of the boxes. Also in accordance with their written policies, agents shall inspect the contents of the boxes in an effort to identify their owners in order to notify them so that they can claim their property;

d. The digital and video surveillance and security equipment; and

e. The biometric scanners.

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 ████████████████████████████████████████
10 ██████████████████

### T. NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY

108. The search and seizure warrants the government seeks list the nests of safety deposit boxes at USPV among the items to be seized. These nests of safety deposit boxes are evidence and instrumentalities of USPV's criminality. The warrants authorize the seizure of the nests of the boxes themselves, <u>not</u> their contents. By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially. Agents will follow their written inventory policies to protect their agencies from claims of theft or damage to the contents of the boxes, and to ensure that no hazardous items are unknowingly stored in a dangerous manner. Agents will attempt to notify the lawful owners of the property stored in the boxes how to claim their property, such as by posting that information on the internet or at

---
[39] ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

USPV itself, or by contacting the owners directly. In order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner.[40] (USPV recommends that box renters include their or their designees' telephone numbers on a note in the box in the event that USPV removes the contents for nonpayment of rental fees.)

U. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[40] The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents "inspect the property as necessary to identify the owner and preserve the property for safekeeping." The inspection "should extend no further than necessary to determine ownership."

85

5

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail: andrew.brown@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
Apr 20 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ib DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEIZURE WARRANT FOR CERTAIN BUSINESS EQUIPMENT LOCATED AT U.S. PRIVATE VAULTS, INC., 9182 W. OLYMPIC BLVD., BEVERLY HILLS, CALIFORNIA | No. 2:21-MJ-01307<br><br>[~~PROPOSED~~] ORDER UNSEALING SEIZURE WARRANT |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The seizure warrant, attachments, and return in the above-titled case are hereby unsealed. The government may also disclose the paragraph of the accompanying affidavit that addresses inventorying the contents of the boxes and notifying their owners how to claim their property.

    IT IS SO ORDERED.

4/20/2021
DATE

*[signature: Alex Mack...]*

UNITED STATES MAGISTRATE JUDGE
ALEXANDER F. MACKINNON