1 | Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
2 | A Professional Law Corporation
P.O. Box 10327
3 | Marina del Rey, CA 90295
erichonig@aol.com
4 | Telephone: (310) 699-8051
Fax: (310) 943-2220

ERIC D. SHEVIN (CSBN 160103)
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
eric@shevinlaw.com
tel. 818-784-2700
fax 818-784-2411

5 |
6 | RICHARD M. BARNETT (CSBN 65132)
A Professional Law Corporation
7 | 105 West F Street, 4th Floor
San Diego, CA 92101
8 | richardmbarnett@gmail.com
Telephone: (6l9) 231-1182
Facsimile: (619) 233-3221

PAUL L. GABBERT (CSBN 74430)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
plgabbert@aol.com
Telephone: 424 272-9575
Facsimile: 310 829-2148

9 |
10 | Michael S. Chernis (CSBN 259319)
CHERNIS LAW GROUP P.C.
Santa Monica Water Garden
11 | 2425 Olympic Blvd.
Suite 4000-W
12 | Santa Monica, CA 90404
Michael@chernislaw.com
13 | Tel: (310) 566-4388
Fax: (310) 382-2541

Devin J. Burstein (CSBN 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, California 92101
db@wabulaw.com
Telephone: (619) 234-4433

14 |
15 | Attorneys for Plaintiffs Does 1-6

16 | UNITED STATES DISTRICT COURT
17 | CENTRAL DISTRICT OF CALIFORNIA
18 | WESTERN DIVISION

19 | DOES 1-6, on behalf of themselves and all others similarly situated,
20 |                   Plaintiffs,
21 |             v.
22 |
23 | UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,
24 |                   Defendants.
25 | _____

No.: 2:21-cv-03254-RGK-MAR

PROOF OF SERVICE ON DEFENDANT UNITED STATES OF AMERICA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(i)(1)(A) AND (B)

26 |        On April 15, 2021, I caused the following listed documents to be served on
27 | DEFENDANT UNITED STATES OF AMERICA pursuant to Federal Rule of Civil
28 | Procedure 4(i)(1)(A), by Federal Express delivery, addressed to: United States of

1

1 | America, Civil Process Clerk, U.S. Attorney's Office, 300 N. Los Angeles Street, Suite
2 | 7516, Los Angeles, CA, 90012:

3 | Class Action Complaint (Dkt. 1)
Certificate of Interested Parties (Dkt. 4)
4 | Notice of Related Cases (Dkt. 5)
Summons in a Civil Action (Dkt. 10)
5 |

6 |     Further, on April 15, 2021, I caused the following listed documents to be served on

7 | DEFENDANT MERRICK GARLAND, pursuant to Federal Rule of Civil Procedure

8 | 4(i)(1)(B), by Federal Express delivery, addressed to: MERRICK GARLAND, United

9 | States Attorney General, 950 Pennsylvania Avenue, NW, Washington, D.C., 20530-0001:

10 | Class Action Complaint (Dkt. 1)
Certificate of Interested Parties (Dkt. 4)
11 | Notice of Related Cases (Dkt. 5)
Summons in a Civil Action (Dkt. 10)
12 |

13 |     Both Federal Express packages were received by the addressees on April 16, 2021.

14 |     Executed on April 21, 2021, at Pacific Palisades, California.

15 |     I declare that I am employed by a member of the Bar of this Court at whose

16 | direction service was made.

17 |

18 |     /s/ H. Thiermann
    H. Thiermann
19 |

20
21
22
23
24
25
26
27
28