| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051<br>Fax: (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California 91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel: (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>　　　　　Defendants. | No.: 2:21-cv-03254-RGK-MAR<br><br>SUPPLEMENTAL PROOF OF SERVICE ON DEFENDANT UNITED STATES OF AMERICA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(i)(1)(A) AND (B) |

1  On April 16, 2021, the following listed documents were hand-delivered and served on DEFENDANT UNITED STATES OF AMERICA pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(i), addressed to: United States of America, Civil Process Clerk, U.S. Attorney's Office, 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA, 90012: Class Action Complaint (Dkt. 1); Certificate of Interested Parties (Dkt. 4); Notice of Related Cases (Dkt. 5); Summons in a Civil Action (Dkt. 10).

Further, on May 24, 2001 the following listed documents were served on the DEFENDANT UNITED STATES OF AMERICA, by United States Postal Service certified mail pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(ii), addressed to: United States of America, Civil Process Clerk, U.S. Attorney's Office, 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA, 90012: Class Action Complaint (Dkt. 1); Summons in a Civil Action (Dkt. 10).

In addition, on May 26, 2021, the following listed documents were hand-delivered and served on DEFENDANT MERRICK GARLAND by United States Postal Service certified mail pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), addressed to: MERRICK GARLAND, United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, D.C., 20530-0001: Class Action Complaint (Dkt. 1); Certificate of Interested Parties (Dkt. 4); Notice of Related Cases (Dkt. 5); Summons in a Civil Action (Dkt. 10).

Executed on May 31, 2021, at Marina del Rey, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Eric Honig
ERIC HONIG

i