| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051<br>Fax: (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California 91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel: (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>　　　　　Defendants. | No.: 2:21-cv-03254-RGK-MAR<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER** |

Considering the Plaintiff's application for a temporary restraining order,

IT IS HEREBY ORDERED:

1. The Defendant government, including the FBI, is hereby restrained from rejecting administrative forfeiture claims filed by US Private Vault box holders with the Federal Bureau of Investigation because claimants use a pseudonym to file their administrative claims;

[OR]

2. The Court hereby appoints _____ as a special master, with whom box holders can file their administrative claims using their given names, and who shall maintain box holders' anonymity from the government; and

3. That this TRO is effective immediately upon issuance;

4. The Defendant government is ordered to show cause before this Court on June \_\_\_\_\_, 2021 at 9:00 a.m., why a injunction should not issue preliminarily enjoining it as specified above; and

5. The Defendant government shall file status reports regarding compliance with this order each Monday until the hearing on the Order to Show Cause why preliminary injunction should not issue.

DATED: _____           _____
                            UNITED STATES DISTRICT JUDGE

i