# DECLARATION OF ERIC HONIG

I, Eric Honig, declare as follows:

1. I am an individual over the age of 18. I am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth below and if called to testify I could and would do so competently.

2. I am lead counsel in this class action case, *DOES 1-6 v. United States*, et al, 2:21-cv-03254-RGK-MAR. This declaration is being filed in support of Plaintiffs' motion for class certification, motion for return of property, and motion for a preliminary injunction.

3. Exhibit A is a true and correct copy of the Federal Bureau of Investigation's May 20, 2021 "Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings" regarding property seized from individual safe deposit boxes held at US Private Vaults ("USPV"). This Notice includes boxes maintained by Plaintiffs, who I presume and believe remain anonymous to the FBI. Plainiffs only learned of this Notice indirectly; the notice was not served on them or their counsel by the government.

4. Exhibit B is a true and correct copy of FBI Acceptance Letters for the administrative forfeiture claims filed by Plaintiff DOES 1 and 2, and for DOES 3, 5 and 6.

5. Exhibit C is a true and correct copy of a July 23, 2021 e-mail I

received from FBI Supervisory Special Agent Jessie T. Murray.

6. Exhibit D is a true and correct copy of a compilation of notices of seizures of currency from the FBI's "Official Notification" of seizures of the contents of USPV safe deposit boxes that do not identify the persons who were the box holders. These notices were published on the defendant government's forfeiture.gov website on June 7, 14, and 21, and July 6, 2021. The website noticed seizures only of currency, and not any personal property such as gold and jewelry.

7. Exhibit E is a true and correct copy of the FBI's "Official Notification" of seizures (also only currency and no personal property) posted on the government's forfeiture.gov website on June 28, 2021.

8. I have been practicing law continuously since 1981. I am an attorney at law admitted to practice before the United States District Court for the Central District of California, all of the Courts of the State of California and the United States Court of Appeals for the Ninth Circuit.

9. From 1981 to 1988, I served as an assistant district attorney in Jefferson Parish, Louisiana, prosecuting hundreds of felony cases. I was admitted to practice by the State Bar of California in June, 1989. I was an Assistant United States Attorney, Criminal Division, in the Southern District of California from May, 1989 to June, 1991, where I handled civil and criminal cases. I was an

Assistant United States Attorney in the Central District of California from 1991 to 1995, and Chief of the Asset Forfeiture Section of that office from 1993 to 1995.

10. Since early 1995, I have worked as a sole practitioner practicing civil litigation, primarily as plaintiffs' counsel in class actions and defense of federal asset forfeiture, RICO and other quasi-criminal civil matters.

11. Throughout the course of my practice, I have litigated extensively in the California state courts and in the United States District Courts in California and throughout the United States. I have handled numerous appeals in the United States Court of Appeals for the Ninth Circuit and the California appellate courts.

12. I have handled numerous class action cases, with many where the defendant was the United States. For example, I was found to be qualified as class action counsel in *Sueoka et al v. United States et al*, CV 98-6313-MMM (RCx) (Central District of California). In that case, in which I served as lead counsel, the district held that the United States government must disgorge interest accrued on money seized by the government, *inter alia*. The district court initially denied class certification on the issue of numerosity, however, and thus the plaintiffs appealed that finding to the Ninth Circuit Court of Appeals, and the government cross-appealed on the issue of liability. I prepared all of the plaintiffs' briefs on appeal and argued the case before the Court, which sided unanimously with the plaintiffs on all issues.

13. In addition, I prepared the briefs and argued at the hearing for the plaintiff class representatives' appeal to the Ninth Circuit of the district court's dismissal of the complaint in another class action case, *Ohel Rachel Synagogue, et al v. United States of America*, U.S.C.A. No. 04-56894.

14. I served as lead counsel for the Plaintiff in a class action case relating to civil forfeitures, *Touhey v. United States*, EDCV 08-1418-VAP (RCx), in which the Court granted final approval of a settlement with the U.S. government.

15. More recently, I served as lead counsel for the Plaintiff in another class action case relating to civil forfeitures, *Innovative Nutraceuticals, LLC v. United States*, EDCV 18-1400-JGB (SHKx), which the parties settled after the Court ruled on the government's motion to dismiss.

16. I also was the lead trial counsel in the class action case of *Higgins v. Starwood Hotels & Resorts Worldwide, Inc., et al.,* No. EDCV 05-719-VAP (SGLx) (Eastern District of California) that was granted preliminary and final approval by Hon. Judge Virginia A. Phillips.

17. None of the Plaintiffs in this action, nor any of their attorneys, have been served with a civil judicial complaint for forfeiture filed by the defendant United States in this District regarding the administrative claims they filed with the FBI, nor are Plaintiffs' counsel aware of any such judicial forfeiture complaints having been filed relating to the property seized from other USPV box

holders.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2021 at Marina Del Rey, California.

                      /s/ Eric Honig

                      _____
                      ERIC HONIG