# DECLARATION OF DOE #1

I, DOE #1, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action, *DOE 1, et al, v. United States of America.*

3. This declaration is in support of Plaintiffs' motions for class certification and for a preliminary injunction in this action.

4. I stored currency and gold coins in Box #5006 at US Private Vaults. The FBI's global Notice of Seizure included only the currency, not the coins. Plaintiff DOE 2 received direct written notice of the seizure of Box #5006; DOE 2's name had been listed at USPV as the contact person for that box. I filed an pseudonymous administrative forfeiture claim as to Box #5006 and wish to continue contesting forfeiture of the currency with a pseudonym.

5. I never received a notice of the seizure from the U.S. government for the $20,000 in currency I stored in Box #4105, which was seized in March of 2021. I have not filed an administrative forfeiture claim regarding this property, and wish to seek the return of this property using a pseudonym.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July 22 , 2021 in the County of Los Angeles, California.

*John Doe 1*
John Doe 1 (Jul 23, 2021 00:38 EDT)
DOE #1