## DECLARATION OF DOE #6

I, DOE #6, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action, *DOE 1, et al, v. United States of America*.

3. This declaration is in support of Plaintiffs' motions for class certification and for a preliminary injunction in this action.

4. I maintained Box #40 at US Private Vaults, which was seized in March of 2021. I have never received a notice of the seizure from the U.S. government for the gold and jewelry I held in Box #40. I filed an administrative forfeiture claim for the contents of my box using a pseudonym, and I wish to continue seeking return of my property using a pseudonym.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2021 in the County of Los Angeles, California.

*John Doe #6*
DOE #6