EXHIBIT C

**From:** jtmurray2@fbi.gov,
**To:** erichonig@aol.com,
**Cc:** jtscott@fbi.gov,
**Subject:** Re: [EXTERNAL EMAIL] - Fwd: Claim of the Estate of Michael Gallagher
**Date:** Fri, Jul 23, 2021 9:10 am

You can send me the key(s) any time. We may not be able to address the issue of boxholders that have a key but do not know their box number thus requiring the key to be tried in all of the approximately 100 unidentified boxes. It may not be until the end of the year. It may be sooner.

**From:** Eric Honig <erichonig@aol.com>
**Sent:** Tuesday, July 20, 2021 11:34:17 AM
**To:** Murray, Jessie T. (LA) (FBI) <jtmurray2@fbi.gov>
**Cc:** Scott, Judith T. (LA) (FBI) <jtscott@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Fwd: Claim of the Estate of Michael Gallagher

Jessie T. Murray
Supervisory Special Agent

Dear Ms. Murray:

Please see the e-mail I sent you below on July 16, 2021. I will assume that if I do not hear otherwise from you this week, then the information you provided to me last week, i.e., that there are approximately 100 US Private Vault safe deposit boxes remaining which the FBI has been unable to match to their owners, and that it would not be until approximately the end of this year before the case agent will allow me or my client (Mr. Gallagher's Estate's personal representative, his brother Peter Gallagher) to bring the keys to the FBI to attempt to determine Michael Gallagher's box numbers and the exact contents of his boxes. Thank you.

Eric Honig

*Law Office of Eric Honig, APLC*
*P.O. Box 10327*
*Marina del Rey, CA 90295*
*(phone) 310-699-8051*
*(fax) 310-943-2220*

-----Original Message-----
From: Eric Honig <erichonig@aol.com>
To: jtmurray2@fbi.gov <jtmurray2@fbi.gov>
Sent: Fri, Jul 16, 2021 4:37 pm
Subject: Claim of the Estate of Michael Gallagher

Dear Ms. Murray:

We spoke again by telephone today about setting up a time when I could bring in the safe deposit box keys belonging to the USPV boxes maintained by Michael Gallagher (deceased) to

attempt to determine which boxes his keys fit -- since we do not know his box numbers. You, as FBI counsel, told me that there were approximately 100 boxes remaining which the FBI has been unable to match to their owners, and that it would not be until approximately the end of this year before the case agent will allow me or my client (Mr. Gallagher's Estate's personal representative, his brother Peter Gallagher) to bring the keys to the FBI to determine his box numbers. Please confirm if that is correct. Thank you.

Eric Honig

*Law Office of Eric Honig, APLC*
*P.O. Box 10327*
*Marina del Rey, CA 90295*
*(phone) 310-699-8051*
*(fax) 310-943-2220*