# EXHIBIT D

# PRIVATE VAULTS SEIZURES

**6/7/2021 FBI Publication:**

**21-FBI-002918:** $97,000.00 U.S. Currency from Box #6415, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002922:** $199,950.00 U.S. Currency from Box #6710, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002925:** $364,990.00 U.S. Currency from Box #7012, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002927:** $120,000.00 U.S. Currency from Box #7212, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002928:** $6,980.00 U.S. Currency from Box #6414, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002929:** $17,003.00 U.S. Currency from Box #7011, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002932:** $737,875.00 U.S. Currency from Box #8411, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002937:** $362,835.00 U.S. Currency from Box #8212, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002939:** $1,500,090.00 U.S. Currency from Box #5811, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).

**21-FBI-002953:** $168,920.00 U.S. Currency from Box #41, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002955:** $241,410.00 U.S. Currency from Box #5163, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002957:** $6,672.00 U.S. Currency from Box #6906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002960:** $719,710.00 U.S. Currency from Box #5160, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002964:** $126,200.00 U.S. Currency from Box #5155, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002965:** $1,194,750.00 U.S. Currency from Box #40, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002970:** $99,000.00 U.S. Currency from Box #331, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002972:** $9,832.00 U.S. Currency from Box #11, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002975:** $24,300.00 U.S. Currency from Box #10, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002980:** $399,700.00 U.S. Currency from Box #5007, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002981:** $36,181.00 U.S. Currency from Box #4906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002982:** $53,840.00 U.S. Currency from Box #130, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002983:** $62,000.00 U.S. Currency from Box #6, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002986:** $252,900.00 U.S. Currency from Box #3105, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002987:** $199,900.00 U.S. Currency from Box #4806, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002988:** $190,100.00 U.S. Currency from Box #3, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002990:** $32,111.00 U.S. Currency from Box #7409, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002993:** $299,940.00 U.S. Currency from Box #48, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002996:** $241,415.00 U.S. Currency from Box #3102, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-002999:** $22,630.00 U.S. Currency from Box #815, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C)

**21-FBI-003001:** $11,780.00 U.S. Currency from Box #229, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003004:** $18,450.00 U.S. Currency from Box #227, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003005:** $50,000.00 U.S. Currency from Box #7517, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003006:** $63,260.00 U.S. Currency from Box #713, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Travis May in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003010:** $62,400.00 U.S. Currency from Box #7515, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003012:** $285,470.00 U.S. Currency from Box #1005, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003014:** $25,000.00 U.S. Currency from Box #222, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

## 6/14/2021 FBI Publication:

**21-FBI-003023:** $121,900.00 U.S. Currency from Box #218, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003027:** $85,000.00 U.S. Currency from Box #7514, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003028:** $15,000.00 U.S. Currency from Box #1404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003029:** $172,340.00 U.S. Currency from Box #321, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003033:** $628,740.00 U.S. Currency from Box #1805, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003036:** $696,575.00 U.S. Currency from Box #4207, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003038:** $70,360.00 U.S. Currency from Box #513, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003039:** $224,700.00 U.S. Currency from Box #4206, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003040:** $239,100.00 U.S. Currency from Box #2305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003041:** $219,220.00 U.S. Currency from Box #2404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003043:** $50,000.00 U.S. Currency from Box #2505, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003044:** $16,000.00 U.S. Currency from Box #614, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C)

**21-FBI-003045:** $23,204.00 U.S. Currency from Box #2604, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003046:** $21,110.00 U.S. Currency from Box #112, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003047:** $334,200.00 U.S. Currency from Box #2804, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003051:** $353,810.00 U.S. Currency from Box #4104, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003052:** $200,000.00 U.S. Currency from Box #404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003057:** $149,825.00 U.S. Currency from Box #604, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003060:** $60,000.00 U.S. Currency from Box #111, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003063:** $400,000.00 U.S. Currency from Box #805, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003066:** $96,900.00 U.S. Currency from Box #108, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003069:** $1,182,500.00 U.S. Currency from Box #3907, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003072:** $1,809,450.00 U.S. Currency from Box #4007, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003075:** $34,200.00 U.S. Currency from Box #305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003081:** $48,800.00 U.S. Currency from Box #2810, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003084:** $914,700.00 U.S. Currency from Box #904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003085:** $25,000.00 U.S. Currency from Box #302, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003086:** $38,000.00 U.S. Currency from Box #4905, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003088:** $296,660.00 U.S. Currency from Box #3506, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003089:** $841,170.00 U.S. Currency from Box #4904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003094:** $2,066,900.00 U.S. Currency from Box #3704, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003097:** $600,000.00 U.S. Currency from Box #501, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003099:** $457,500.00 U.S. Currency from Box #500, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003100:** $427,820.00 U.S. Currency from Box #401, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003103:** $710,000.00 U.S. Currency from Box #4804, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003113:** $340,050.00 U.S. Currency from Box #902, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003117:** $212,100.00 U.S. Currency from Box #8105, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

## 6/21/2021 FBI Publication:

**21-FBI-003119:** $358,040.00 U.S. Currency from Box #3507, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003120:** $48,800.00 U.S. Currency from Box #7911, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003125:** $748,980.00 U.S. Currency from Box #3305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003132:** $170,000.00 U.S. Currency from Box #4305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003133:** $102,080.00 U.S. Currency from Box #800, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003143:** $10,000.00 U.S. Currency from Box #3307, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003146:** $155,150.00 U.S. Currency from Box #3904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003147:** $244,400.00 U.S. Currency from Box #3206, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003149:** $1,207,685.00 U.S. Currency from Box #3707, seized by the FBI on March 22, 2021 from U.S.Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003154:** $570,000.00 U.S. Currency from Box #400, seized by the FBI on March 22, 2021 from U.S. PrivateVaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003157:** $1,039,900.00 U.S. Currency from Box #3019, seized by the FBI on March 22, 2021 from U.S.Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003159:** $250,000.00 U.S. Currency from Box #1101, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003162:** $10,100.00 U.S. Currency from Box #4701, seized by the FBI on March 22, 2021 from U.S. PrivateVaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003163:** $140,000.00 U.S. Currency from Box #4700, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003167:** $690,000.00 U.S. Currency from Box #4503, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003178:** $30,914.00 U.S. Currency from Box #1306, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003181:** $100,000.00 U.S. Currency from Box #3502, seized by the FBI on March 22, 2021 from U.S. PrivateVaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003186:** $40,200.00 U.S. Currency from U.S. Private Vault Box #1810, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003187:** $63,000.00 U.S. Currency from Box #3602, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003188:** $392,530.00 U.S. Currency from Box #4202, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003189:** $70,100.00 U.S. Currency from Box #1303, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003190:** $100,206.00 U.S. Currency from U.S. Private Vault Box #4200, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003195:** $254,120.00 U.S. Currency from Box #1301, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003196:** $619,014.00 U.S. Currency from Box #3702, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003198:** $419,895.00 U.S. Currency from Box #3701, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003199:** $516,900.00 U.S. Currency from Box #4002, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003202:** $21,000.00 U.S. Currency from Box #3900, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003212:** $200,000.00 U.S. Currency from Box #1502, seized by the FBI on March 22, 2021 from U.S. Private Vaults and in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003214:** $20,000.00 U.S. Currency from Box #2906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003217:** $120,318.00 U.S. Currency from Box #5610, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

### 7/6/2021 FBI Publication:

**21-FBI-003222:** $103,615.00 U.S. Currency from Box #1603, seized by the FBI on March 22, 2021 from U.S. Private
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003226:** $300,000.00 U.S. Currency from Box #7210, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003227:** $65,500.00 U.S. Currency from Box #5608, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003243:** $60,840.00 U.S. Currency from Box #8015, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003244:** $8,000.00 U.S. Currency from Box #7110, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003251:** $50,000.00 U.S. Currency from Box #7812, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003257:** $20,900.00 U.S. Currency from Box #7617, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003263:** $19,100.00 U.S. Currency from Box #7808, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003265:** $500,100.00 U.S. Currency from Box #6110, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003266:** $475,440.00 U.S. Currency from Box #2003, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003271:** $33,120.00 U.S. Currency from Box #2101, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003277:** $10,000.00 U.S. Currency from Box #7707, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003283:** $40,590.00 U.S. Currency from Box #2200, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003285:** $194,900.00 U.S. Currency from Box #2901, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003290:** $29,200.00 U.S. Currency from Box #6108, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003292:** $268,600.00 U.S. Currency from Box #1600, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003297:** $35,900.00 U.S. Currency from Box #7702, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003301:** $99,900.00 U.S. Currency from Box #7209, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003310:** $497,900.00 U.S. Currency from Box #7403, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003312:** $79,900.00 U.S. Currency from Box #7306, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003317:** $412,000.00 U.S. Currency from Box #7505, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003321:** $190,000.00 U.S. Currency from Box #7006, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).