EXHIBIT E

# FEDERAL BUREAU OF INVESTIGATION

## OFFICIAL NOTIFICATION
## POSTED ON
## JUNE 28, 2021

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003119:** $358,040.00 U.S. Currency from Box #3507, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003120:** $48,800.00 U.S. Currency from Box #7911, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003124:** $18,200.00 U.S. Currency from Box #700, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jeremy Kelley AKA Jeremy Sutherland in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003125:** $748,980.00 U.S. Currency from Box #3305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003126:** $85,245.00 U.S. Currency from Box #4504, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Shalom Ifrah in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003131:** $519,900.00 U.S. Currency from Box #3304, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Edwin Bazarganfard in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003132:** $170,000.00 U.S. Currency from Box #4305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003133:** $102,080.00 U.S. Currency from Box #800, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003135:** $225,000.00 U.S. Currency from Box #3406, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Oksana Dubova in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003136:** $175,900.00 U.S. Currency from Box #4901, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ziv Cohen in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003138:** $370,170.00 U.S. Currency from Box #3404, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003138 - (Continued from previous page)**
Vaults and Sibal Pourabrahim in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003139:** $246,610.00 U.S. Currency from Box #4900, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Tessema Kassa and Kidus Tesfaye in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003140:** $81,100.00 U.S. Currency from Box #3605, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Joshua Martin in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003141:** $340,000.00 U.S. Currency from Box #5409, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Mark Rudak in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003142:** $144,620.00 U.S. Currency from Box #1003, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Wayne Menchan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

**LAST DATE TO FILE:  08/17/2021**

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003143:** $10,000.00 U.S. Currency from Box #3307, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003146:** $155,150.00 U.S. Currency from Box #3904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003147:** $244,400.00 U.S. Currency from Box #3206, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003148:** $599,870.00 U.S. Currency from Box #1000, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Natalie Dipiero in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003149:** $1,207,685.00 U.S. Currency from Box #3707, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003150:** $145,600.00 U.S. Currency from Box #3204, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003150 - (Continued from previous page)**
Vaults and Shannon Bitzer in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003151:** $144,100.00 U.S. Currency from Box #1102, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Colleen Wilstein in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003152:** $700,000.00 U.S. Currency from Box #3706, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Elmer Aguilar-Cruz in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003153:** $63,660.00 U.S. Currency from Box #204, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Marina Pollack in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003154:** $570,000.00 U.S. Currency from Box #400, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003155:** $36,000.00 U.S. Currency from Box #3705, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003155 - (Continued from previous page)**
Vaults and David Haring and Tatiana Kamneva in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003156:** $30,000.00 U.S. Currency from Box #4803, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Sang Kwak and Sang Charles Kwak in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003157:** $1,039,900.00 U.S. Currency from Box #3019, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003158:** $349,750.00 U.S. Currency from Box #4802, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jane Rachlo in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003159:** $250,000.00 U.S. Currency from Box #1101, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003160:** $589,900.00 U.S. Currency from Box #4800, seized by the FBI on March 22, 2021 from U.S. Private Vaults and James Raschko in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003161:** $22,000.00 U.S. Currency from Box #5308, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Armin Hakimi in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003162:** $10,100.00 U.S. Currency from Box #4701, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003163:** $140,000.00 U.S. Currency from Box #4700, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003164:** $15,000.00 U.S. Currency from Box #5307, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Robert Ksido in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003166:** $200,400.00 U.S. Currency from Box #5210, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003166 - (Continued from previous page)**
Vaults and Susan Wood in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003167:** $690,000.00 U.S. Currency from Box #4503, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003168:** $30,000.00 U.S. Currency from Box #3203, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Russell Steingold in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003172:** $153,100.00 U.S. Currency from Box #3201, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Marylyn Esther Murillo-Mendez in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C). **21-FBI-003173:** $487,280.00 U.S. Currency from Box #4403, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Yona Mizrachi in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003174:** $129,000.00 U.S. Currency from Box #1208, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
### 21-FBI-003174 - (Continued from previous page)
Vaults and Diana Elizabeth Garza in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003175:** $90,000.00 U.S. Currency from Box #3200, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Junhee Cho in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003176:** $79,009.00 U.S. Currency from Box #4500, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Rudy Lopez in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003177:** $9,950.00 U.S. Currency from Box #1312, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Sonia Guillory in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003178:** $30,914.00 U.S. Currency from Box #1306, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003179:** $15,000.00 U.S. Currency from Box #3903, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003179 - (Continued from previous page)**
Vaults and Adrian Gonzalez in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003181:** $100,000.00 U.S. Currency from Box #3502, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003182:** $60,200.00 U.S. Currency from Box #1412, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Zachary Rosenbaum in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003183:** $330,020.00 U.S. Currency from Box #4300, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Christopher Neary in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003184:** $50,000.00 U.S. Currency from Box #3501, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Joeann Johnson in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003186:** $40,200.00 U.S. Currency from U.S. Private Vault Box #1810, seized by the FBI on March 22, 2021

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

**LAST DATE TO FILE:  08/17/2021**

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003186 - (Continued from previous page)**
from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003187:** $63,000.00 U.S. Currency from Box #3602, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003188:** $392,530.00 U.S. Currency from Box #4202, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003189:** $70,100.00 U.S. Currency from Box #1303, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003190:** $100,206.00 U.S. Currency from U.S. Private Vault Box #4200, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003191:** $377,850.00 U.S. Currency from Box #3600, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003191 - (Continued from previous page)**
Vaults and Emerald Marroquin in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003192:** $321,500.00 U.S. Currency from Box #1302, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Fiona Briquet in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003193:** $66,200.00 U.S. Currency from U.S. Private Vault Box #3703, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Julie Ann Tran and Raymond Widjaja in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003195:** $254,120.00 U.S. Currency from Box #1301, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003196:** $619,014.00 U.S. Currency from Box #3702, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

**LAST DATE TO FILE:  08/17/2021**

**CENTRAL DISTRICT OF CALIFORNIA**
**21-FBI-003197:** $170,000.00 U.S. Currency from Box #4100, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Tonya McDermott and Max McDermott in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).
**21-FBI-003198:** $419,895.00 U.S. Currency from Box #3701, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003199:** $516,900.00 U.S. Currency from Box #4002, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003200:** $10,000.00 U.S. Currency from Box #1300, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Sean Pease in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003202:** $21,000.00 U.S. Currency from Box #3900, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the FBI pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found at www.fbi.gov. When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE: 08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA

**21-FBI-003203:** $8,560.00 U.S. Currency from Box #1903, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jeremy Caldwell and Gabrielle Nunez in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).

**21-FBI-003204:** $200,000.00 U.S. Currency from Box #3801, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ryan Staudacher and Emilie McLaughlin in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a) (1)(C).

**21-FBI-003205:** $222,940.00 U.S. Currency from Box #1402, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Joseph Martinez and Rosenda Garcia and Raul Mendez in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

**21-FBI-003206:** $256,276.00 U.S. Currency from Box #1401, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Stanley Hudson in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale. The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/17/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003208:** $180,700.00 U.S. Currency from Box #5203, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Frank Ondre in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003209:** $218,000.00 U.S. Currency from Box #5202, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Yechiel Kessler in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003210:** $99,964.00 U.S. Currency from Box #5306, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Andrea Gray Newell and Hazel Shoulddum in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003211:** $680,000.00 U.S. Currency from Box #5509, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jacob Liron in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003212:** $200,000.00 U.S. Currency from Box #1502, seized by the FBI on March 22, 2021 from U.S. Private Vaults and in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

### LAST DATE TO FILE:  08/17/2021

### CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003213:** $224,800.00 U.S. Currency from U.S. Private Vault Box #5508, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Margarita Bykhovsky in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003214:** $20,000.00 U.S. Currency from Box #2906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003217:** $120,318.00 U.S. Currency from Box #5610, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003219:** $117,200.00 U.S. Currency from Box #5609, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Zachary Kottler in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003017:** $810,000.00 U.S. Currency from Box #5005, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Eric Cha in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003018:** $45,500.00 U.S. Currency from Box #22, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Tory Freeman in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003019:** $172,000.00 U.S. Currency from Box #117, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Alexander Robert Decastrobasto in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C). **21-FBI-003021:** $13,800.00 U.S. Currency from Box #1205, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Miguel Quintero in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003022:** $50,650.00 U.S. Currency from Box #615, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jonathan David Mann in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003023:** $121,900.00 U.S. Currency from Box #218, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003023 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003025:** $30,000.00 U.S. Currency from Box #1304, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Sang Kwak, and Sang Charles Kwak in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003026:** $238,900.00 U.S. Currency from Box #316, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Itzhak Kazam, and Efrat Kazam-Gabay in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003027:** $85,000.00 U.S. Currency from Box #7514, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003028:** $15,000.00 U.S. Currency from Box #1404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003029:** $172,340.00 U.S. Currency from Box #321, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003029 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003030:** $19,970.00 U.S. Currency from Box #1504, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Steve Barth, and Hillary Barth in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003031:** $26,000.00 U.S. Currency from Box #25, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jay Houston Weaver in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003032:** $105,200.00 U.S. Currency from Box #21, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Evan Emir Floyd in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003033:** $628,740.00 U.S. Currency from Box #1805, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003034:** $51,385.00 U.S. Currency from Box #20, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003034 - (Continued from previous page)**
Vaults, Alfie Evan Allen, and Allison Owen in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003035:** $145,000.00 U.S. Currency from Box #1804, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Hasib Siddique in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003036:** $696,575.00 U.S. Currency from Box #4207, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003037:** $800,900.00 U.S. Currency from Box #2105, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Scott Lane, and Tarrie Lane in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003038:** $70,360.00 U.S. Currency from Box #513, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003039:** $224,700.00 U.S. Currency from Box #4206, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003039 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003040:** $239,100.00 U.S. Currency from Box #2305, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003041:** $219,220.00 U.S. Currency from Box #2404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003042:** $170,175.00 U.S. Currency from Box #4107, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Marion Ross Arom in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003043:** $50,000.00 U.S. Currency from Box #2505, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003044:** $16,000.00 U.S. Currency from Box #614, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003044 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003045:** $23,204.00 U.S. Currency from Box #2604, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003046:** $21,110.00 U.S. Currency from Box #112, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003047:** $334,200.00 U.S. Currency from Box #2804, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003048:** $439,200.00 U.S. Currency from Box #409, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Harry Nadel, and Julie Nadel in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003051:** $353,810.00 U.S. Currency from Box #4104, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003051 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003052:** $200,000.00 U.S. Currency from Box #404, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003057:** $149,825.00 U.S. Currency from Box #604, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003058:** $669,980.00 U.S. Currency from Box #3804, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Dan Luo in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003059:** $75,600.00 U.S. Currency from Box #809, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Amit Goldgeier in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003060:** $60,000.00 U.S. Currency from Box #111, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003060 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003062:** $140,240.00 U.S. Currency from Box #3807, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Margarit Yezgatyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003063:** $400,000.00 U.S. Currency from Box #805, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003064:** $11,800.00 U.S. Currency from Box #804, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Simon Javaheri in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003066:** $96,900.00 U.S. Currency from Box #108, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003067:** $63,408.00 U.S. Currency from Box #106, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003067 - (Continued from previous page)**
Vaults and Ruzanna Ayvazyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003068:** $24,300.00 U.S. Currency from Box #2712, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Elaine Seltzer in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003069:** $1,182,500.00 U.S. Currency from Box #3907, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003071:** $163,051.00 U.S. Currency from Box #4706, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Yakov Cohen in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003072:** $1,809,450.00 U.S. Currency from Box #4007, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003075:** $34,200.00 U.S. Currency from Box #305, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003075 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003077:** $175,100.00 U.S. Currency from Box #7732, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Hyosoo Lee in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003078:** $445,050.00 U.S. Currency from Box #3606, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Tsai Yaw-Jong in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003079:** $210,000.00 U.S. Currency from Box #7630, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Stephen Hong in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003080:** $848,400.00 U.S. Currency from Box #4606, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ramin Andre Rassuli in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003081:** $48,800.00 U.S. Currency from Box #2810, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the FBI pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found at www.fbi.gov. When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003081 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003082:** $71,940.00 U.S. Currency from Box #8302, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Rochelle Buller in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003083:** $73,700.00 U.S. Currency from Box #201, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Lotfi Badoui in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003084:** $914,700.00 U.S. Currency from Box #904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003085:** $25,000.00 U.S. Currency from Box #302, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003086:** $38,000.00 U.S. Currency from Box #4905, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale. The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003086 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003088:** $296,660.00 U.S. Currency from Box #3506, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003089:** $841,170.00 U.S. Currency from Box #4904, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003090:** $400,000.00 U.S. Currency from Box #503, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Seda Poghosyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003092:** $99,900.00 U.S. Currency from Box #4507, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Daniel Nawne in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003094:** $2,066,900.00 U.S. Currency from Box #3704, seized by the FBI on March 22, 2021 from U.S.

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the FBI pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found at www.fbi.gov. When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE: 08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003094 - (Continued from previous page)**
Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).
**21-FBI-003095:** $41,600.00 U.S. Currency from Box #502, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Oscar Brown in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003096:** $489,940.00 U.S. Currency from Box #4506, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Victoria Sokolova in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003097:** $600,000.00 U.S. Currency from Box #501, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003098:** $613,960.00 U.S. Currency from Box #4006, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Arthur Isagholian in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003099:** $457,500.00 U.S. Currency from Box #500, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale. The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003099 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003100:** $427,820.00 U.S. Currency from Box #401, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003101:** $427,820.00 U.S. Currency from Box #401, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Mark Paul and Michael Poliak in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003102:** $200,000.00 U.S. Currency from Box #703, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Max McDermott in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003103:** $710,000.00 U.S. Currency from Box #4804, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003104:** $1,083,740.00 U.S. Currency from Box #4704, seized by the FBI on March 22, 2021 from U.S.

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003104 - (Continued from previous page)**
Private Vaults and Samantha Safir in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003106:** $75,200.00 U.S. Currency from Box #7920, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Charles Sassone in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003109:** $105,000.00 U.S. Currency from Box #4604, seized by the FBI on March 22, 2021 from U.S. Private Vaults, Samantha Safir, and Sona Sargsyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C). **21-FBI-003110:** $10,000.00 U.S. Currency from Box #4605, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Debora Issakharian in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003111:** $143,900.00 U.S. Currency from Box #8005, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Debora Issakharian in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003113:** $340,050.00 U.S. Currency from Box #902, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/10/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003113 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003114:** $10,000.00 U.S. Currency from Box #7917, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Anisah Akhdar in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003115:** $69,950.00 U.S. Currency from Box #7913, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jordan Lams in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003117:** $212,100.00 U.S. Currency from Box #8105, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003118:** $76,550.00 U.S. Currency from Box #901, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Anahit Petrosyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-004861:** $3,963.43 in Funds from Lafayette Life Insurance Company Policy No. A1030613 in the name of

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**18-FBI-000493:** $24,200.00 U.S. Currency, seized by the FBI on January 15, 2018 from Bernardo Escobedo in Victorville, CA for forfeiture pursuant to 21 U.S.C. 881.
**18-FBI-000494:** 2011 Ford F-350 Pickup, VIN: 1FT8X3AT1BEC52225, valued at $13,950.00, seized by the FBI on January 15, 2018 from Bernardo Escobedo in Victorville, CA for forfeiture pursuant to 21 U.S.C. 881.
**21-FBI-002387:** $3,000 U.S. currency found in black bag in living room; $6,850 U.S. currency found in home office, valued at $9,850.00, seized by the FBI on February 10, 2021 from Shola Adediji in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002917:** $100,000.00 U.S. Currency from Box #6712, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Gordon Edward Clunn in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002918:** $97,000.00 U.S. Currency from Box #6415, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002919:** $726,300.00 U.S. Currency from Box #6516, seized by the FBI on March 22, 2021 from U.S. Private and Wei Zhang in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002920:** $325,680.00 U.S. Currency from Box #6615, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Tsikman Hershel in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002921:** $499,800.00 U.S Currency from Box #6616, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Zachary Amrani in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002922:** $199,950.00 U.S. Currency from Box #6710, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002925:** $364,990.00 U.S. Currency from Box #7012, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002927:** $120,000.00 U.S. Currency from Box #7212, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002927 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002928:** $6,980.00 U.S. Currency from Box #6414, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002929:** $17,003.00 U.S. Currency from Box #7011, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002930:** $14,190.00 U.S. Currency from Box #6706, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Steve Barth and Hillary Fern Barth in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002931:** $1,024,900.00 U.S. Currency from Box #8412, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Brandon Weiss in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002932:** $737,875.00 U.S. Currency from Box #8411, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002932 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002933:** $965,775.00 U.S. Currency from Box #8311, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Pogos Martinyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002934:** $66,580.00 U.S. Currency from Box #6111, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Brittany Renee Jones and Raquel Jones in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002935:** $348,500.00 U.S. Currency from Box #8211, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Amina Mokhtar and Tarek Mokhtar in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002936:** $17,960.00 U.S. Currency from Box #6212, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Brittany Renee Jones and Raquel Jones in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002936 - (Continued from previous page)**
(1)(C).
**21-FBI-002937:** $362,835.00 U.S. Currency from Box #8212, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002938:** $1,349,900.00 U.S. Currency from Box #7923, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Michelle Weiss in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002939:** $1,500,090.00 U.S. Currency from Box #5811, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).
**21-FBI-002941:** $503,250.00 U.S. Currency from Box #7922, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Breana Bierekoven and Jorg Bierekoven in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002942:** $30,995.00 U.S. Currency from Box #8023, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Nick Shkolnik and Tonili Shkolnik in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C). **21-FBI-002944:** $1,409,200.00 U.S. Currency from Box #5612, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Huaibei Zhar and Yilon Wang in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002946:** $952,600.00 U.S. Currency from Box #5611, seized by the FBI on March 22, 2021 from U.S. Private Vaults and David James and Bridgit James in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C). **21-FBI-002947:** $125,000.00 U.S. Currency from Box #5711, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Joel McGinn in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002949:** $960,100.00 U.S. Currency from Box #5311, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ethan Bazarganford in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002950:** $1,138,030.00 U.S. Currency from Box #8409, seized by the FBI on March 22, 2021 from U.S. Private Vaults and David Pouravrahim in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002951:** $166,246.00 U.S. Currency from Box #5212, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ethan Daniel Grosz in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002953:** $168,920.00 U.S. Currency from Box #41, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002954:** $1,856,800.00 U.S. Currency from Box #7321, seized by the FBI on March 22, 2021 from U.S. Private Vaults and David Joseph James in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002955:** $241,410.00 U.S. Currency from Box #5163, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002956:** $274,030.00 U.S. Currency from Box #5006, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002956 - (Continued from previous page)**
Vaults and Christopher Clasquin in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002957:** $6,672.00 U.S. Currency from Box #6906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002958:** $99,800.00 U.S. Currency from Box #6604, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Arash Babaahmadian in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002959:** $300,000.00 U.S. Currency from Box #6508, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Kent Eubanks and Harold Eubanks in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002960:** $719,710.00 U.S. Currency from Box #5160, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002961:** $149,400.00 U.S. Currency from Box #7315, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002961 - (Continued from previous page)**
Vaults and David Kim in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002962:** $48,000.00 U.S. Currency from Box #7311, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Ivonne Garcia in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002963:** $300,000.00 U.S. Currency from Box #5159, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Stephanie Hershman in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002964:** $126,200.00 U.S. Currency from Box #5155, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002965:** $1,194,750.00 U.S. Currency from Box #40, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002966:** $218,950.00 U.S. Currency from Box #5158, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002966 - (Continued from previous page)**
Vaults and Armand Deligny and Arnaud Deligny in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1) (C).
**21-FBI-002967:** $150,000.00 U.S. Currency from Box #51, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Michael Anjomi in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002968:** $390,000.00 U.S. Currency from Box #28, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Yaw-Jong Tsai in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002969:** $400,900.00 U.S. Currency from Box #39, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jessica Ma in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002970:** $99,000.00 U.S. Currency from Box #331, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

**LAST DATE TO FILE:  08/03/2021**

## CENTRAL DISTRICT OF CALIFORNIA

**21-FBI-002971:** $9,000.00 U.S. Currency from Box #7318, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Shannon Joseph Bitzer in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002972:** $9,832.00 U.S. Currency from Box #11, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002973:** $59,080.00 U.S. Currency from Box #236, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Nima Shemirani in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002974:** $406,500.00 U.S. Currency from Box #4907, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Jessie Davenport and Cathie Davenport in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002975:** $24,300.00 U.S. Currency from Box #10, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

**LEGAL NOTICE**
**ATTENTION**

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

**LAST DATE TO FILE:  08/03/2021**

**CENTRAL DISTRICT OF CALIFORNIA**
**21-FBI-002977:** $69,180.00 U.S. Currency from Box #5104, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Peter Gallagher in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002978:** $288,820.00 U.S. Currency from Box #8, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Stephanie Hershman in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002980:** $399,700.00 U.S. Currency from Box #5007, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002981:** $36,181.00 U.S. Currency from Box #4906, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002982:** $53,840.00 U.S. Currency from Box #130, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002983:** $62,000.00 U.S. Currency from Box #6, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002983 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002984:** $500,000.00 U.S. Currency from Box #3106, seized by the FBI on March 22, 2021 from U.S. Private Vaults and John Sung in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002985:** $1,000,000.00 U.S. Currency from Box #4306, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Michael Simonian in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002986:** $252,900.00 U.S. Currency from Box #3105, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002987:** $199,900.00 U.S. Currency from Box #4806, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002988:** $190,100.00 U.S. Currency from Box #3, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002988 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002990:** $32,111.00 U.S. Currency from Box #7409, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002993:** $299,940.00 U.S. Currency from Box #48, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002994:** $46,950.00 U.S. Currency from Box #233, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Sarah Irani in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002995:** $219,750.00 U.S. Currency from Box #44, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Siyi Chen in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002996:** $241,415.00 U.S. Currency from Box #3102, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-002996 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002997:** $150,900.00 U.S. Currency from Box #49, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Brenda Sims and Leon Salter in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002998:** $43,460.00 U.S. Currency from Box #2205, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Justin Cornett in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-002999:** $22,630.00 U.S. Currency from Box #815, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003000:** $43,200.00 U.S. Currency from Box #38, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Phillip Creek in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003001:** $11,780.00 U.S. Currency from Box #229, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

### LEGAL NOTICE
### ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

### LAST DATE TO FILE:  08/03/2021

### CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003001 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003002:** $25,000.00 U.S. Currency from Box #716, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Armen Simonyan and Lilya Aleksanyan in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003003:** $45,900.00 U.S. Currency from Box #3103, seized by the FBI on March 22, 2021 from U.S. Private Vaults and David Ouaknine in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003004:** $18,450.00 U.S. Currency from Box #227, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003005:** $50,000.00 U.S. Currency from Box #7517, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

## LEGAL NOTICE
## ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003006:** $63,260.00 U.S. Currency from Box #713, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Travis May in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003007:** $76,050.00 U.S. Currency from Box #224, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Donald Leo Mellein in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003008:** $70,000.00 U.S. Currency from Box #3100, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Mark Pearce in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003009:** $46,900.00 U.S. Currency from Box #125, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Sandy Ortiz-Richardson in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003010:** $62,400.00 U.S. Currency from Box #7515, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003012:** $285,470.00 U.S. Currency from Box #1005, seized by the FBI on March 22, 2021 from U.S. Private

**(Continued on next page)**
[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]

FBI OFFICIAL NOTIFICATION POSTED ON JUNE 28, 2021

# LEGAL NOTICE
# ATTENTION

The Federal Bureau of Investigation (FBI) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the FBI pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15.  Some assets are not eligible for hardship release.

Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist.  FBI locations and telephone numbers can be found at www.fbi.gov.  When submitting documentation, please reference the Asset ID Number.

**Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

## LAST DATE TO FILE:  08/03/2021

## CENTRAL DISTRICT OF CALIFORNIA
**21-FBI-003012 - (Continued from previous page)**
Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003013:** $69,900.00 U.S. Currency from Box #33, seized by the FBI on March 22, 2021 from U.S. Private Vaults and Kanacio Martin in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).
**21-FBI-003014:** $25,000.00 U.S. Currency from Box #222, seized by the FBI on March 22, 2021 from U.S. Private Vaults in Beverly Hills, CA for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

## NORTHERN DISTRICT OF CALIFORNIA
**21-FBI-004740:** $264,789.07 in funds from Bank Account ending in 0293 in the name of Big Block Consulting, Inc. at Bank of America, San Francisco, CA, seized by the FBI on March 30, 2021 for forfeiture pursuant to 18 U.S.C. 981(a)(1)(C).

[The property listed above is NOT for sale.  The FBI does not sell forfeited property and the FBI does not have information on property for sale.]