1  Michael S. Chernis, CBN 259319
   2425 Olympic Blvd. Suite 4000-W
2  Santa Monica, CA 90405
   Tel: (310) 566-4388
3  Fax: (310) 382-2541
   michael@chernislaw.com
4

5  Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                         WESTERN DIVISION

10

11 DOES 1-6, on behalf of themselves      )  Case No.: 2:21-cv-03254-RGK-MAR
   and all otherssimilarly situated,      )
12                                         )  **DECLARATION OF MICHAEL**
                       Plaintiff,          )  **CHERNIS**
13      vs.                                )
                                           )
14 UNITED STATES OF AMERICA, and           )
   MERRICK GARLAND, in his official        )
15 capacity as United States Attorney      )
   General                                 )
16                                         )
                                           )
17                                         )
                       Defendants.         )
18

19

20     I, Michael Chernis, state and declare as follows:

21

22     1.   I have personal knowledge of the facts hereinafter stated, and if called upon to

23 testify, I could and would competently testify thereto.

24
       2.   I have been practicing law continuously since 1994 and am admitted to
25
   practice before the United States District Courts for the Central District of California, the
26
   Southern District of New York, the Eastern District of New York and the Northern District of New York,
27

28
                                        - 1 -

1  all of the State courts in the State of California and all of the State courts in the State of

2  New York, in addition to the United States Court of Appeals for the Ninth and Second

3  Circuits.

4

5      3.   I practice State and Federal criminal law in addition to civil matters and have

6  represented clients in prior federal civil litigation arising from asset forfeitures.

7      4.   For the past 10 years, I have focused my practice in the defense of criminal

8

9  cases in the state of California with the majority of my federal criminal cases taking place

10  before the United States District Court for the Central District of California.  I have also

11  worked as co-counsel in a prior putative class action case in the United States District Court

12  for the Central District of California arising from Government seizure of assets.

13

14      I declare the foregoing is true and correct under penalty of perjury pursuant to the laws of

15  the United States of America.

16

17      Executed this 22 day of July, 2021 is Los Angeles, California

18

19                                          MICHAEL S. CHERNIS, ESQ.

20

21

22

23

24

25

26

27

28

-2-