## DECLARATION OF RICHARD M. BARNETT

I, Richard M. Barnett, State and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2. I have been practicing law continuously since November 1975.

3. I practice civil and criminal law, with an emphasis in the defense of federal criminal and civil asset forfeiture matters. I have maintained my solo practice for the past 45 years.

4. Throughout the course of my practice, I have concentrated on defending criminal cases and civil forfeiture cased in the United States District Courts. Most of my cases have been before the United States District Court for the Southern District of California and the United States Court of Appeals for the Ninth Circuit. In addition to defending forfeiture cases principally before the United States District Court for the Southern District of California, the Ninth Circuit, and the California state courts, I have also defended forfeiture cases in numerous other United States District Courts, including the Districts of Arizona, Colorado, Nevada, Indiana, Eastern District of Missouri, Western District of Michigan, the Northern District of Oklahoma and the District of Nebraska. I have written on the subject of federal civil forfeitures and lectured to lawyers groups on forfeiture topics in San Diego, San Francisco, and other parts of California. I was pre-qualified as an expert witness on the issue of federal civil and criminal forfeitures statutes in the United States District Court for the Northern District of California (Untied States v. Grassi, 04-CR-40127-PJH). I have testified before the California Assembly Committee on the Judiciary on forfeiture law.

5. In my opinion, federal civil in rem forfeiture defense is an identifiable

practice specialty. Civil forfeitures are prosecuted by special forfeiture units in the United States Attorneys' Offices for the Southern Districts of California. I believe the creation of these special forfeiture units in this and other districts is strong evidence of the specialized nature of these cases. In my opinion, the proper defense of forfeiture cases requires specialized knowledge and skills derived from the following areas: criminal procedure, i.e., informant disclosure rules; Fourth and Fifth Amendment Exclusionary rules; substantive state and federal criminal, controlled substance, money laundering and other laws; substantive state and federal forfeiture law; the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty & Maritime Claims, including in rem jurisdiction, as well as the state and federal criminal and civil tax consequences which are sometimes implicated in these cases. See Guerra v. United States, 645 F.Supp. 775 (C.D.Cal. 1986) (Pfaelzer, J.). Based on my training and experience, I believe that there are only a handful of attorneys throughout the United States who consistently take and defend these highly specialized civil in rem forfeiture cases I declare under the penalty of perjury the foregoing is true and correct.

    Executed this 23rd day of July, 2021, at San Diego, California.

/s/ Richard M. Barnett
RICHARD M. BARNETT