## Declaration of Devin Burstein

I, Devin Burstein, declare the following:

1. I have been an attorney since 2004. I practice criminal and civil law, primarily in federal court. I have significant experience in forfeiture cases, especially appeals to the Ninth Circuit.

2. I have been lead counsel in approximately 100 Ninth Circuit appeals, and even more district court cases.

3. Among others, I am admitted to practice in every federal district in California, as well as the Ninth Circuit, and the United States Supreme Court.

4. I have lectured on many areas of federal law.

I declare this is true under the penalty of perjury.

July 21, 2021

Devin Burstein