

**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, DC   20535*

Mr. ███████

Los Angeles, CA ██████



# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** May 20, 2021 | **Asset ID Number:** 21-FBI-003183 |
| **Notice Letter ID:** ██████ (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** $330,020.00 U.S. Currency from Box #4300 | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 22, 2021 by the FBI at U.S. Private Vaults in Beverly Hills, California. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 11000 Wilshire Blvd. Suite 1700, FOB, Los Angeles, CA 90024. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

   D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

**Exhibit B**

**27**

Notice of Seizure

J.   **Online Petition Exclusions:**   If you cannot find the desired assets online, you must file your petition in writing at the address listed above.   For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II.   TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset.   Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A.   **To File a Claim:**   A claim must be filed to contest the forfeiture.   A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 11000 Wilshire Blvd. Suite 1700, FOB, Los Angeles, CA 90024.

B.   **Time Limits:**   A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **June 24, 2021.**   *See* 18 U.S.C. § 983(a)(2).   A claim is deemed filed on the date received by the agency at the address listed above.

C.   **Requirements for Claim:**   A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.   *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D.   **Claim Forms:**   A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm.   *See* 18 U.S.C. § 983(a)(2)(D).   If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E.   **Supporting Evidence:**   Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F.   **No Attorney Required:**   You do not need an attorney to file a claim.   You may, however, hire an attorney to represent you in filing a claim.

G.   **When You File a Claim:**   A timely claim stops the administrative forfeiture proceeding.   The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.   You may also file a petition for remission or mitigation.

H.   **Penalties for Filing False or Frivolous Claims:**   If you intentionally file a frivolous claim you may be subject to a civil fine.   *See* 18 U.S.C. § 983(h).   If you intentionally file a claim containing false information, you may be subject to criminal prosecution.   *See* 18 U.S.C. § 1001.

I.   **If No Claim is Filed:**   Failure to file a claim by **11:59 PM EST** on **June 24, 2021** may result in the property being forfeited to the United States.

J.   **Online Claim Exclusions:**   If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.   For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III.   TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A.   **Hardship Release:**   Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions.   *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B.   **To File Hardship Release:**   The hardship request cannot be filed online and must be in writing.   The claimant must establish the following:
   • Claimant has a possessory interest in the property;
   • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   • Government's continued possession will cause a substantial hardship to the claimant.

C.   **Regulations for Hardship:**   A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15.   Some assets are not eligible for release.

**Exhibit B**