## DECLARATION OF DOE #3

I, DOE #3, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action, *DOE 1, et al, v. United States of America*.

3. This declaration is in support of Plaintiffs' motions for class certification and for a preliminary injunction in this action.

4. I maintained Box #6710 at US Private Vaults. I filed an administrative forfeiture claim with a pseudonym for the currency stored within the box, however I have never received a notice of the seizure from the U.S. government for the gold and jewelry also stored there, which was seized in March of 2021. I wish to continue seeking return of my property using a pseudonym.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July ____, 2021 in the County of Los Angeles, California.

_____
DOE #3