Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

ERIC D. SHEVIN (CSBN 160103)
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
eric@shevinlaw.com
tel. 818-784-2700
fax 818-784-2411

RICHARD M. BARNETT (CSBN 65132)
A Professional Law Corporation
105 West F Street, 4th Floor
San Diego, CA 92101
richardmbarnett@gmail.com
Telephone: (619) 231-1182
Facsimile: (619) 233-3221

PAUL L. GABBERT (CSBN 74430)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
plgabbert@aol.com
Telephone: 424 272-9575
Facsimile: 310 829-2148

Michael S. Chernis (CSBN 259319)
CHERNIS LAW GROUP P.C.
Santa Monica Water Garden
2425 Olympic Blvd.
Suite 4000-W
Santa Monica, CA 90404
Michael@chernislaw.com
Tel: (310) 566-4388
Fax: (310) 382-2541

Devin J. Burstein (CSBN 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, California 92101
db@wabulaw.com
Telephone: (619) 234-4433

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>Defendants. | No.: 2:21-cv-03254-RGK-MAR<br><br>DECLARATION OF PAUL L. GABBERT<br><br>Date: 9/7/21<br>Time: 9:00 a.m.<br>CTRM: 850 Roybal Fed.Bldg. |

## **DECLARATION OF PAUL L. GABBERT**

I, Paul L. Gabbert, declare and state as follows:

1. I am an attorney duly licensed to practice law in all courts within the State of

-1-

California, and am admitted to practice before this Court. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2. I hereby submit this declaration in support of plaintiffs' motion for class certification. I am one of the attorneys for the plaintiffs in this case, *DOES 1-6 v. United States of America, and Merrick Garland*, 2:21-cv-03254-RGK-MAR.

3. I have been practicing law continuously since June 1977. I am admitted to practice before the United States District Courts for the Central, Southern, Eastern and Northern Districts of California, the Districts of Hawaii and Arizona, all of the Courts of the State of California, the United States Court of Appeals for the Ninth and Federal Circuits, and the United States Supreme Court.

4. I practice civil and criminal law, with an emphasis in the defense of federal civil asset forfeiture matters. I have maintained my solo practice for the past 37 years.

5. Throughout the course of my practice, I have concentrated on defending criminal cases and civil forfeiture cases in the United States District Courts. Most of my cases have been before the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit.

6. In addition to defending forfeiture cases principally before the United States District Courts for the Central, Southern and Eastern Districts of California, the Ninth Circuit, and the California state courts, I have also defended forfeiture cases in numerous other United States District Courts, including the Districts of Pennsylvania, South Carolina, Hawaii and Arizona, as well as in the state courts in Hawaii, Arizona and Kansas, including the Kansas Supreme Court.

7. I have written on the subject of federal civil forfeitures and lectured to lawyers groups on forfeiture topics in Los Angeles, San Diego, Chicago, Washington D.C. and Aspen. I was invited to write an article of up to approximately 150 pages for AMJUR Trials on representing private citizens in drug asset forfeiture cases.

8. I authored *A Practitioner's Guide to Civil In Rem Forfeiture Defense Under 21*

*U.S.C. §881*, published by the California Attorneys for Criminal Justice in 1986, and co-authored "The Truth About the Truth School," (Criminal Docket, Summer/Fall 1995).

9. I have qualified and testified as an expert witness in federal civil forfeitures in the Los Angeles Superior Court (*McCabe v. Marine Midland Automotive Financial Corp.*, LASC No. C 724769).

10. In my opinion, the proper defense of forfeiture cases requires specialized knowledge and skills derived from the following areas: criminal procedure, i.e., informant disclosure rules; Fourth and Fifth Amendment Exclusionary rules; substantive state and federal criminal, controlled substance, money laundering and other laws; substantive state and federal forfeiture law; the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty & Maritime Claims, including in rem jurisdiction, as well as the state and federal criminal and civil tax consequences which are sometimes implicated in these cases. Based on my training and experience, I believe that there are very few attorneys in the Central District of California who consistently take and defend these highly specialized civil in rem forfeiture cases.

11. I served as co-counsel for the Plaintiff in a class action case relating to civil forfeitures, *Touhey v. United States*, EDCV 08-1418-VAP(RCx), in which the Court granted final approval of a settlement with the U.S. government.

12. More recently, I served as co-counsel for the plaintiff in another class action case relating to civil forfeitures, *Innovative Nutraceuticals, LLC v. United States*, EDCV 18-1400-JGB(SHKx), which the parties settled after the Court ruled on the government's motion to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2021, at Los Angeles, California.

PAUL L. GABBERT
Declarant