1  SHEVIN LAW GROUP
   Eric D. Shevin, Esq. (State Bar No. 160103)
2  15260 Ventura Blvd, Suite 1400
   Sherman Oaks, CA 91403
3  Telephone: (818) 784 - 2700
   Facsimile: (818) 784 – 2411
4  Email: Eric@shevinlaw.com

5  Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>Defendants. | Case No. No.: 2:21-cv-03254-RGK-MAR<br><br>**DECLARATION OF ERIC D. SHEVIN** |

I, Eric D. Shevin, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2. I have been practicing law continuously since 1992 and am admitted to practice before the United States District Courts for the Central, Southern and Eastern Districts of California, all of the State courts in the State of California in addition to the United States Supreme Court.

3. I practice State and Federal criminal law in addition to civil and appellate matters and have handled numerous federal asset forfeiture matters.

DECLARATION OF ERIC D. SHEVIN                                        1

4. For 30 years, I have focused my practice in the defense of criminal cases and civil forfeiture cases in the state of California with the majority of my federal criminal and civil cases taking place before the United States District Court for the Central District of California.

I declare the foregoing is true and correct under penalty of perjury pursuant to the laws of the United States of America.

Executed this 21st day of July, 2021 in Los Angeles, California.



Eric D. Shevin

DECLARATION OF ERIC D. SHEVIN                                2