# DECLARATION OF ERIC HONIG

I, Eric Honig, declare as follows:

1. I am an individual over the age of 18. I am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth below and if called to testify I could and would do so competently.

2. I am lead counsel in this class action case, *DOES 1-6 v. United States*, et al, 2:21-cv-03254-RGK-MAR. This declaration is being filed in support of Plaintiffs' motion for return of property and motion for a preliminary injunction.

3. Exhibit A is a true and correct copy of the Federal Bureau of Investigation's May 20, 2021 "Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings" regarding property seized from individual safe deposit boxes held at US Private Vaults ("USPV"). This Notice includes boxes maintained by Plaintiffs, who I presume and believe remain anonymous to the FBI. Plainiffs only learned of this Notice indirectly; the notice was not served on them or their counsel by the government.

4. Exhibit B is a true and correct copy of FBI Acceptance Letters for the administrative forfeiture claims filed by Plaintiff DOES 1 and 2, and for DOES 3, 5 and 6.

5. Exhibit C is a true and correct copy of a July 23, 2021 e-mail I received from FBI Supervisory Special Agent Jessie T. Murray.

6.     Exhibit D is a true and correct copy of a compilation of notices of seizures of currency from the FBI's "Official Notification" of seizures of the contents of USPV safe deposit boxes that do not identify the persons who were the box holders. These notices were published on the defendant government's forfeiture.gov website on June 7, 14, and 21, and July 6, 2021.  The website noticed seizures only of currency, and not any personal property such as gold and jewelry.

7.     Exhibit E is a true and correct copy of the FBI's "Official Notification" of seizures (also only currency and no personal property) posted on the government's forfeiture.gov website on June 28, 2021.

8.     None of the Plaintiffs in this action, nor any of their attorneys, have been served with a civil judicial complaint for forfeiture filed by the defendant United States in this District regarding the administrative claims they filed with the FBI, nor are Plaintiffs' counsel aware of any such judicial forfeiture complaints filed relating to the property seized from other USPV box holders.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2021 at Marina Del Rey, California.

/s/ Eric Honig

_____
ERIC HONIG