# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Investigation
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

In Reply, Please Refer to
File No. 272E-LA-3123472-FF_5006_C

June 29, 2021

John Doe 1, John Doe 2, John Coe 1
c/o Paul L. Gabbert
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403

RE:    3410-21-F-222; 21-FBI-002956
$274,030.00 U.S. Currency

Dear Mr. Gabbert:

The Federal Bureau of Investigation (FBI), Los Angeles Field Office, is in receipt of the claim of ownership dated June 21, 2021 filed on behalf of your clients, John Doe 1, John Doe 2, and John Coe 1, and received in our Orange County Resident Agency (OCRA) office on June 21, 2021, regarding the $274,030.00 U.S. Currency. The FBI has accepted the claim and has referred this matter to the United States Attorney's Office, 312 N. Spring St., Los Angeles, California 90012, for consideration.

Any questions concerning this matter may be directed to the FBI, Los Angeles Field Office, OCRA, 4000 W. Metropolitan Drive, Suite 200, Orange, California 92868, Attention: Forfeiture Paralegal Specialist Judy Scott, at 714-939-3254. Please use the referenced seizure number in any future correspondence.

Sincerely,

Kristi K. Johnson
Assistant Director in Charge

By:
Jessie T. Murray
Supervisory Special Agent



**U.S. Department of Justice**

Federal Bureau of Investigation
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

In Reply, Please Refer to
File No. 272E-LA-3123472-FF_404_C

June 25, 2021

John Doe
c/o Stephen J. Fisch
15260 Ventura Blvd., Ste. 1400
Sherman Oaks, CA 91403

RE:     3410-21-F-188; 21-FBI-002922
        $199,950.00 U.S. Currency;





        3410-21-F-231; 21-FBI-002965
        $1,194,750.00 U.S. Currency

        3410-21-F-235; 21-FBI-002969
        $400,900.00 U.S. Currency



        3410-21-F-303; 21-FBI-003037
        $800,900.00 U.S. Currency



Dear Mr. Fisch:

The Federal Bureau of Investigation (FBI), Los Angeles Field Office, is in receipt of the claim of ownership dated June 21, 2021 filed on behalf of your client, John Doe (Pseudonym) and received in our Orange County Resident Agency (OCRA) office on June 21, 2021, regarding the property mentioned. The FBI has accepted the claim and has referred this matter to the United States Attorney's Office, 312 N. Spring St., Los Angeles, California 90012, for consideration.

Any questions concerning this matter may be directed to the FBI, Los Angeles Field Office, OCRA, 4000 W. Metropolitan Drive, Suite 200, Orange, California 92868, Attention: Forfeiture Paralegal Specialist Judy Scott, at 714-939-3254. Please use the referenced seizure number in any future correspondence.

Sincerely,

Kristi K. Johnson
Assistant Director in Charge

By:
Jessie T. Murray
Supervisory Special Agent

2