## DECLARATION OF DOE #2

I, DOE #2, state and declare as follows:

1.      I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2.      I am a Plaintiff Class Representative in this action, *DOE 1, et al, v. United States of America*.

3.      This declaration is in support of Plaintiffs' motions for class certification and for a preliminary injunction in this action.

4.      I helped maintain Box #5006 at US Private Vaults.  The FBI's global Notice of Seizure included Box #5006.  I received direct written notice of the seizure of the currency in Box #5006, but not for the gold held therein.  My name had been listed at USPV as the contact person for that box.  I filed a pseudonymous administrative forfeiture claim as to the currency and I wish to continue contesting forfeiture of the currency with a pseudonym.

5.      I never received a notice of the seizure from the U.S. government for the $20,000 in currency stored in Box #4105, which also was seized in March of 2021.  I have not filed an administrative forfeiture claim regarding this property, and wish to seek the return of this property using a pseudonym..

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July ____, 2021in the County of Los Angeles, California.

_____
DOE #2