| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051<br>Fax: (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California 91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel: (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>Defendants. | No.: 2:21-cv-03254-RGK-MAR<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND RETURN OF PROPERTY |

The Court has considered Plaintiffs' motions for a preliminary injunction and for the return of property, and hereby GRANTS Plaintiffs' motions, and ORDERS:

1. The defendant United States government is hereby enjoined from civilly forfeiting personal property and currency seized from USPV boxes for which the government provided inadequate notice, i.e., the notices that do not provide a factual basis for forfeiture or the specific statutory basis, e.g., the FBI Notice of Seizure dated May 20, 2021 and the www.forfeiture.gov published notice (identifying only "18 USC 981(a)(1)(C)" as the statutory basis);

2. The defendant United States government is hereby enjoined from maintaining custody of the Plaintiffs' and other box holders' property for which the government provided such inadequate notice, pending any further judicial proceedings involving that property;

3. The defendant United States government is hereby ordered to return the property seized from the USPV boxes for which the government provided such inadequate notice, pending any further judicial proceedings involving that property;

4. The defendant United States government is hereby enjoined from maintaining custody of the Plaintiffs' and other box holders' property for which no direct written notice has been served or published, e.g., for seizures of personal property such as gold and jewelry, pending any further judicial proceedings involving that property; and

///
///
///
///
///

2

5. The defendant United States government is hereby ordered to return the property seized from the USPV boxes for which no direct written notice has been served or published, e.g., for seizures of personal property such as gold and jewelry, pending any further judicial proceedings involving that property.

DATED: _____          _____
                        UNITED STATES DISTRICT JUDGE