| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone:  (310) 699-8051<br>Fax:  (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California  91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis  (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel:  (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>Defendants. | No.: 2:21-cv-03254-MCS-SK<br><br>NOTICE OF ERRATA |

1  Plaintiffs hereby notify the Court that they erroneously filed unsigned
2  declarations in support of their Motion for Class Certification (ECF 37-7, 37-8, 37-9,
3  37-10, 37-11, and 37-12) and their Motion for a Preliminary Injunction and Return of
4  Property (ECF 38-7, 38-8, 38-9, 38-10, 38-11, and 38-12).  Plaintiffs had previously
5  filed the signed declarations, but the motion (ECF 30) was stricken by the Court and
6  had to be re-filed (see ECF 37 and ECF 38).

The signed declarations in support of ECF 37 and ECF 38 are attached to this Notice.

Dated: July 29, 2021          Respectfully submitted,

LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
RICHARD M. BARNETT
ERIC D. SHEVIN
CHERNIS LAW GROUP P.C.
PAUL L. GABBERT
DEVIN J. BURSTEIN


/s/   Eric Honig
_____
ERIC HONIG
Attorneys for Plaintiffs and the Class

2