## DECLARATION OF DOE #4

I, DOE #4, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, could and would competently testify thereto.

2. I am a Plaintiff Class Representative in this action, *DOE 1, et al, v. United States of America*.

3. This declaration is in support of Plaintiffs' motions for class certification and for a preliminary injunction in this action.

4. I maintained Box #4300 at US Private Vaults, which was seized in March of 2021. I filed an administrative forfeiture claim with a pseudonym, and I wish to continue contesting forfeiture of my property with a pseudonym.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2021 in the County of Los Angeles, California.

_____
DOE #4