| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051<br>Fax: (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California 91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel: (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>    Defendants. | No.: 2:21-cv-03254-MCS-SK<br><br>NOTICE OF FILING OF REVISED EXHIBIT B TO OPPOSITION TO MOTION TO DISMISS<br><br>HRG DATE:   9/7/21<br>TIME:   9:00 a.m.<br>CTRM:   850 Roybal Fed. Bldg. |

Plaintiffs hereby notify the Court that they are hereby filing a revised Exhibit B (attached hereto) to their Opposition to the Defendants' Motion to Dismiss. This revised Exhibit B is pared down to include only the FBI's June 28, 2021 published notices of US Private Vault ("USPV") safe deposit box seizures – and not the FBI's published notices of seizures from unrelated matters. As noted in the Opposition, the FBI published notice of only **currency** seized from USPV boxes, and not tangible personal property such as gold, jewelry, etc. (Plaintiffs ask the Court to disregard the redline highlights, which are irrelevant to this exhibit).

Dated: August 13, 2021        Respectfully submitted,

                                             LAW OFFICE OF ERIC HONIG
                                             A Professional Law Corporation
                                             RICHARD M. BARNETT
                                             ERIC D. SHEVIN
                                             CHERNIS LAW GROUP P.C.
                                             PAUL L. GABBERT
                                             DEVIN J. BURSTEIN

                                             /s/   Eric Honig
                                             _____
                                             ERIC HONIG
                                             Attorneys for Plaintiffs and the Class