## DECLARATION OF SA LYNNE ZELLHART

I, SA Lynne Zellhart, declare as follows:

1. I am a Special Agent with the FBI and have been so employed since 2004. I have participated in the investigation of U.S Private Vaults ("USPV") and am familiar with all aspects of the investigation.

2. I understand that the anonymous boxholder(s) for boxes 4105 and 5006 has asserted that currency was situated in box 4105 and "gold" was inside Box 5006. The FBI did not find or seize any currency or any other asset from Box 4105. As to box 5006, the FBI found two items (i.e., two yellow metal coins and one metal wrist band) which might be the "gold" the boxholder is describing. Regardless, the FBI is returning the two yellow metal coins and one metal wrist band. The FBI found currency in box 5006, but all of that currency is the subject of the forfeiture proceedings.

3. I understand that the anonymous boxholder for box 6710 has asserted that "gold and jewelry" were in box 6710. The FBI found one white fabric cover containing a yellow metal chain with clear stones and a medallion in that box, which might be the "gold and jewelry" the boxholder is describing, and the FBI is returning this item.

4. I understand that the anonymous boxholder for box 40 may be asserting that "gold and jewelry" was inside box 40. The FBI did not find or seize any gold or jewelry from that box. The FBI found currency in box 40, but all of that currency is the subject of the forfeiture proceedings.

5. I have reviewed Exhibit D to the declaration of Eric Honig, which I understand he describes as his compilation currency seizures from the FBI's "Official Notification" of seizures, from a larger list of USPV seizures published on the government's forfeiture.gov website on June 7, 14 and 21, 2021 and July 6, 2021, in which there was no name listed next to the currency seizure and box number. I understand that plaintiffs are contending that there are 122 such items/boxes on Exhibit D, and that the failure of the internet publication to list a name next to these items

1  means that there are 122 boxes for which the government is unable to identify the box
2  holder. But this is not true.

3      6.    For example, Exhibit D lists Asset ID No. 21-FBI-00375, which is
4  $34,200.00 seized from Box 305. The FBI sent a notice letter to the individual it
5  identified as linked to that box, and has received a claim from that individual in the
6  individual's actual and not an anonymous name. In addition, when the FBI learns that a
7  person is the owner of a box, the FBI then sends a notice letter to the individual.[1]
8  Accordingly, the June and July internet publications do not represent the number of
9  boxholders the government is unable to identify, as that number changes and continues
10 to be reduced over time, and as of today is around 22.

11     7.    The FBI has not yet commenced publication of non-currency personal
12 property, such as jewelry. However, the FBI will be doing so. The FBI USPV internet
13 publication is being done in waves, and publication of these items will occur in the
14 future.

15     I declare under penalty of perjury under the laws of the United States of America
16 that the foregoing is true and correct and that this declaration is executed at Los
17 Angeles, California, on August 13, 2021.

*/s/ Lynne K. Zellhart*
SA LYNNE ZELLHART

---

[1] I understand this is consistent with 18 U.S.C. § 983(a)(1)(A)(v), which I understands provides that if the identity or interest of a party is not determined until after an asset is seized, notice of the commencement of administrative forfeiture must be sent within 60 days after the government determines the identity of the party or that party's interest in the asset.