| | |
|---|---|
| Eric Honig (CSBN 140765)<br>LAW OFFICE OF ERIC HONIG<br>A Professional Law Corporation<br>P.O. Box 10327<br>Marina del Rey, CA 90295<br>erichonig@aol.com<br>Telephone: (310) 699-8051<br>Fax: (310) 943-2220 | ERIC D. SHEVIN (CSBN 160103)<br>Shevin Law Group<br>15260 Ventura Boulevard, Suite 1400<br>Sherman Oaks, California 91403<br>eric@shevinlaw.com<br>tel. 818-784-2700<br>fax 818-784-2411 |
| RICHARD M. BARNETT (CSBN 65132)<br>A Professional Law Corporation<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>richardmbarnett@gmail.com<br>Telephone: (6l9) 231-1182<br>Facsimile: (619) 233-3221 | PAUL L. GABBERT (CSBN 74430)<br>2530 Wilshire Boulevard<br>Second Floor<br>Santa Monica, CA 90403<br>plgabbert@aol.com<br>Telephone: 424 272-9575<br>Facsimile: 310 829-2148 |
| Michael S. Chernis (CSBN 259319)<br>CHERNIS LAW GROUP P.C.<br>Santa Monica Water Garden<br>2425 Olympic Blvd.<br>Suite 4000-W<br>Santa Monica, CA 90404<br>Michael@chernislaw.com<br>Tel: (310) 566-4388<br>Fax: (310) 382-2541 | Devin J. Burstein (CSBN 255389)<br>Warren & Burstein<br>501 West Broadway, Suite 240<br>San Diego, California 92101<br>db@wabulaw.com<br>Telephone: (619) 234-4433 |

Attorneys for Plaintiffs Does 1-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOES 1-6, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and MERRICK GARLAND, in his official capacity as United States Attorney General,<br><br>    Defendants. | No.: 2:21-cv-03254-MCS-SK<br><br>NOTICE OF FILING OF REVISED EXHIBIT B TO OPPOSITION TO MOTION TO DISMISS<br><br>HRG DATE: 9/7/21<br>TIME: 9:00 a.m.<br>CTRM: 850 Roybal Fed. Bldg. |

     Plaintiffs hereby notify the Court that they are hereby filing a revised Exhibit B (attached hereto) to their Opposition to the Defendants' Motion to Dismiss. This revised Exhibit B is pared down to include only the FBI's June 28, 2021 published notices of US Private Vault ("USPV") safe deposit box seizures – and not the FBI's published notices of seizures from unrelated matters. As noted in the Opposition, the FBI published notice of only **currency** seized from USPV boxes, and not tangible personal property such as gold, jewelry, etc. (Plaintiffs ask the Court to disregard the redline highlights, which are irrelevant to this exhibit).

     Plaintiffs are re-filing this revised Exhibit B, which they had filed originally on August 13, 2021 (ECF 40-2) along with their Opposition (ECF 40), but the Court struck the filing for using the incorrect docket entry.

Dated: August 16, 2021        Respectfully submitted,

                                        LAW OFFICE OF ERIC HONIG
                                        A Professional Law Corporation
                                        RICHARD M. BARNETT
                                        ERIC D. SHEVIN
                                        CHERNIS LAW GROUP P.C.
                                        PAUL L. GABBERT
                                        DEVIN J. BURSTEIN

                                        /S/   Eric Honig
                                        _____
                                        ERIC HONIG
                                        Attorneys for Plaintiffs and the Class