

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03254-RGK-MAR | Date | October 8, 2021 |
|---|---|---|---|
| Title | *Does 1 et al v. United States of America et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order of Dismissal**

Two claims remain pending in this case: Plaintiffs' first claim, for violation of their Fourth and Fifth Amendment rights, and second claim, for return of property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure.

In a joint status report filed by the parties on September 27, 2021, ("JSR") (ECF No. 52), Defendants asserted that the Government has filed civil forfeiture actions against all of the property that the Government seized from Plaintiffs and currently has in its possession. (JSR at 2–3). Because the only relief Plaintiffs seek via their first and second claims is equitable relief ordering the Government to return their property, and because Plaintiffs may obtain this relief in the judicial forfeiture proceedings filed against their property, the Court **DISMISSES** Plaintiffs' first and second claims. *See United States v. U.S. Currency $83,310.78*, 851 F.2d 1231, 1235 (9th Cir. 1988) ("[W]hen a civil forfeiture proceeding has been filed, the claimant has adequate remedies to challenge any fourth amendment violation[,]" and "there is no need to fashion an equitable remedy to secure justice for the claimant.").

Plaintiffs request "leave of Court to file an amended complaint 1) to add one or more non-anonymous Plaintiffs, and/or 2) to add or revise one or more causes of action." (JSR at 1). Plaintiffs' request is **DENIED**—Plaintiffs make no attempt to show how adding parties or adding claims to their operative complaint would cure the defect set forth in this order or the defects set forth in the Court's order dismissing the rest of Plaintiffs' claims. (ECF No. 51). Accordingly, this case is hereby **CLOSED**.

**IT IS SO ORDERED.**

                                                                                                          :
                                          Initials of Preparer                          _____