# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03254-RGK-MAR | Date | October 19, 2021 |
|---|---|---|---|
| Title | *Does 1 et al. v. United States of America et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Striking Plaintiffs' Request for Reconsideration [DE 54]

On October 15, 2021, Plaintiffs filed a document titled "Request for Reconsideration." Plaintiffs improperly filed this document, failing to adhere to the Local Rules.

First, Plaintiffs appear to be attempting to file a *Motion* for Reconsideration, as contemplated by Local Rule 7-18. Nonetheless, Plaintiffs failed to file their document as a Motion, failed to submit the document as a separate attachment, and failed to attach a proposed order as a separate document. All the above are required by the Local Rules. *See* C.D. Cal. L.R. 7-5, 7-20.

Second, Motions for Reconsideration must be filed "no later than 14 days after entry of the Order that is the subject of the motion or application," unless the filing party demonstrates good cause for untimely filing. C.D. Cal. L.R. 7-18. The subject of Plaintiffs' purported Motion for Reconsideration is the Court's order of September 15, 2021. Plaintiffs have not timely filed and provided no argument for why the Court should allow the late filing.

Accordingly, the Court strikes the document filed at docket entry 54.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer